UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY CARR, ET AL<br>*Plaintiffs*<br><br>v.<br><br>PATRICIA WILSON-COKER,<br>COMMISSIONER OF THE DEPARTMENT<br>OF SOCIAL SERVICES<br>*Defendant* | CIVIL ACTION NO. 3 00 CV1050 (AWT)<br><br><br><br><br><br>October 15, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendant, Patricia Wilson-Coker, Commissioner, Department of Social Services, moves for an extension of time until October 31, 2003 to file her Reply Brief in Support of Defendant's Motion for Summary Judgment. This is defendant's initial Motion for Extension of Time with respect to this deadline. Counsel for the plaintiffs have consented to this request. An extension of time is required to respond to the issues raised in plaintiffs' papers.

THE DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Hugh Barber
Assistant Attorney General
Federal Bar No. ct05731
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 15th day of October, 2003, first class postage prepaid to:

Amy Leete Van Dyke, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Jamey Bell, esq.
Greg Bass, Esq.
Victoria Veltri, Esq.
Maria Morelli-Wolfe, Esq.
Greater Hartford Legal Aid
999 Asylum Street, 3rd Floor
Hartford, CT 06105-2465

Dahlia O.F. Grace, Esq.
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604

Robert R. Simpson, Esq.
Shipman & Goodwin
1 American Row
Hartford, CT 06103

_____
Hugh Barber
Assistant Attorney General