**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

MARY CARR, et al.,                          :       CIVIL ACTION NO. 3:00CV1050 (AWB)   P 3: 33
      *Plaintiffs*                          :

                                            :       US DISTRICT COURT
      v.                                    :            HARTFORD CT

                                            :

PATRICIA WILSON-COKER, in her               :
official capacity as Commissioner of the    :
State of Connecticut Department of Social   :
Services,                                   :       OCTOBER 31, 2003
      *Defendant*

## MOTION FOR PERMISSION TO FILE REPLY BRIEF IN EXCESS LENGTH

Pursuant to Local Rule 56(a)2, the Defendant Commissioner hereby moves for permission to file

a reply brief in excess of 32 pages the ten page limit of Local Rule 7(d).  The reply brief is 32 pages long

and is attached hereto.

It was necessary to exceed the page limitations because the brief replies to a brief in opposition

that exceeds the page limitations (86 pages in length) and make numerous claims that require a reply.

The issues presented in the case raise issues of public importance that warrant careful briefing.  Both

parties have been granted permission to file several briefs in excess of the page limitations.  The

Defendant respectfully represents that this is good cause for going beyond the standard ten pages

allowed by Local Rule 7(d).  Accordingly, the defendant moves for permission to file the attached brief,

which is twenty pages beyond the standard ten page limit.

DEFENDANT
PATRICIA WILSON-COKER, in her
official capacity as Commissioner of the
Connecticut Department of Social Services,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:     _____
        Hugh Barber
        Assistant Attorney General
        Federal Bar No. ct 05731
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5210
        Fax: (860) 808-5385

2

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion For Permission To File Reply Brief In

Excess Lentgth  was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this

31st day of October, 2003,  first class postage prepaid to:


Jamey Bell, Esq.
Greg Bass, Esq.
Victoria Veltri, Esq.
Maria Morelli-Wolfe, Esq.
Greater Hartford Legal Assistance
999 Asylum Avenue, 3rd Floor
Hartford, CT   06105-2465

Amy Van Dyke, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT  06123-1277


Dahlia Grace, Esq.
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT  06604

Robert R. Simpson, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT  06103


Of Counsel
Bernhardt K. Wruble
316 Westmont
West Hartford, CT  06117


_____
Hugh Barber
Assistant Attorney General