UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY CARR, et al.,<br>*Plaintiffs* | : | CIVIL ACTION NO. 3:00CV1050 (AWT) |
| v. | : | |
| PATRICIA WILSON-COKER, in her official capacity as Commissioner of the State of Connecticut Department of Social Services,<br>*Defendant* | : | OCTOBER 31, 2003 |

**MOTION FOR PERMISSION TO FILE REPLY BRIEF IN EXCESS LENGTH**

Pursuant to Local Rule 56(a)2, the Defendant Commissioner hereby moves for permission to file a reply brief in excess of 32 pages the ten page limit of Local Rule 7(d). The reply brief is 32 pages long and is attached hereto.

It was necessary to exceed the page limitations because the brief replies to a brief in opposition that exceeds the page limitations (86 pages in length) and make numerous claims that require a reply. The issues presented in the case raise issues of public importance that warrant careful briefing. Both parties have been granted permission to file several briefs in excess of the page limitations. The Defendant respectfully represents that this is good cause for going beyond the standard ten pages allowed by Local Rule 7(d). Accordingly, the defendant moves for permission to file the attached brief, which is twenty pages beyond the standard ten page limit.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT   11/17/03