UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| MARY CARR, et al.<br>*Plaintiffs*<br><br>v.<br><br>PATRICIA WILSON-COKER, in her official capacity as Commissioner of the State of Connecticut Department of Social Services,<br>*Defendant* | CIVIL ACTION NO.<br>3:00 CV 1050 (AWT)<br><br><br><br>FEBRUARY 6, 2004 |

2004 MAR 17 P 3: 18

U.S. DISTRICT COURT
HARTFORD, CT.

## JOINT MOTION FOR A STIPULATED PROTECTIVE ORDER (BENECARE)

WHEREAS, the plaintiffs have brought the above-titled action against the defendant Patricia Wilson-Coker to challenge alleged violations of their rights to access to dental health care under the federal Medicaid Act; and

WHEREAS, the plaintiffs are certified under Rule 23 of the Federal Rules of Civil Procedure as a class consisting of all individuals in Connecticut who are or will be eligible for Medicaid managed care HUSKY A benefits, and are or will be seeking dental health services; and

WHEREAS, a subclass has also been certified consisting of all children in Connecticut who are now or will be under the age of 21, are or will be seeking dental health services, and are or will be eligible for Medicaid managed care HUSKY A benefits; and

WHEREAS, the plaintiffs have sought production of documents related to the defendant's proposed "carve-out" of dental services from Medicaid managed care, including proposals of bidders in response to a Request for Proposals that was issued by the Department of Social Services and the Office of the State Comptroller (hereinafter "RFP"); and

GRANTED. The Stipulated Protective Order is hereby APPROVED. It is so ordered.

Alvin W. Thompson, U.S.D.J.    Hartford, CT    3/27/2004

FILED