UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2004 MAR 27 P 4: 05

```
-------------------------------x
                                :
MARY CARR, ET AL.,              :
                                :
          Plaintiff,            :
                                :
v.                              :       Civ No.  3:00CV1050(AWT)
                                :
PATRICIA WILSON-COKER,          :
in her official capacity as     :
COMMISSIONER OF THE             :
DEPARTMENT OF SOCIAL SERVICES   :
          Defendant.            :
                                :
-------------------------------x
```

## ENDORSEMENT ORDER

The Joint Motion for a Stipulated Protective Order (DBP) (Doc. # 120) is hereby DENIED as moot because this motion is one the plaintiff inadvertently filed electronically as a duplicate of Doc. # 121, which is being granted under separate order.

It is so ordered.

Dated at Hartford, Connecticut this 27th day of March, 2004.

_____
                    Alvin W. Thompson
            United States District Judge