*(handwritten: Ccc vic5 cm Extt.me)*

*(handwritten: 16)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARY CARR, ET AL | : | CIVIL ACTION NO. 3 00 CV1050 (AWT) |
| *Plaintiffs* | : | |
| | : | *(handwritten: Cam)* |
| v. | : | |
| | : | |
| PATRICIA WILSON-COKER, | | |
| COMMISSIONER OF THE DEPARTMENT | | |
| OF SOCIAL SERVICES | : | |
| *Defendant* | : | October 15, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendant, Patricia Wilson-Coker, Commissioner, Department of Social Services, moves for an extension of time until October 31, 2003 to file her Reply Brief in Support of Defendant's Motion for Summary Judgment. This is defendant's initial Motion for Extension of Time with respect to this deadline. Counsel for the plaintiffs have consented to this request. An extension of time is required to respond to the issues raised in plaintiffs' papers.

THE DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Hugh Barber
Assistant Attorney General
Federal Bar No. ct05731
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

*(handwritten stamp: Extension GRANTED, nunc pro tunc, to and including October 31, 2004. It is so ordered.)*

*(signature: Alvin W. Thompson, U.S.D.J.)*
*(Hartford, CT   9/30/04)*