UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MARY CARR, *et. al.*,                              )
      Plaintiffs,                              )        CIVIL ACTION NO.
                          )        3:00 CV 1050 (AWT)
v.                                                          )
                          )        OCTOBER 8, 2003
PATRICIA WILSON-COKER, in her                )
official capacity as Commissioner of the State   )        CLASS ACTION
of Connecticut Department of Social Services,    )
      Defendant.                              )
                                                            )

## MOTION TO SEAL PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND ATTACHED EXHIBIT A
## AND REQUEST TO FILE REDACTED VERSIONS FOR THE PUBLIC RECORD

Plaintiffs move that Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for

Partial Summary Judgment and attached Exhibit A thereto be sealed. A request to file, for the

public record, redacted versions Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion

for Partial Summary Judgment ("Plaintiffs' Reply") and attached Exhibit A thereto is part of this

Motion to Seal. In support of this motion, Plaintiffs represent the following:

1. Plaintiffs and Defendant have entered protective orders, approved by the Court, with

the following non-parties to this action: Dental Practice Association of Connecticut, Inc. d/b/a/

BeneCare, Inc. (approved August 10, 2001); Anthem Blue Cross and Blue Shield of Connecticut,

Inc. (approved August 20, 2001); Health Net of the Northeast, Inc. (approved September 28,

2001); Community Health Network of Connecticut, Inc. (approved August 10, 2001); and Dental

Benefit Providers, Inc. (approved November 15, 2002). The orders were previously filed with

the Court on July 18, 2003 with Plaintiffs' Motion to Seal Memorandum in Support of Plaintiffs'

**GRANTED. It is so ordered.**



Alvin W. Thompson, U.S.D.J.
Hartford, CT    9/30/04