```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

```
------------------------------x
                              :
MARY CARR, et al.,            :
                              :
      Plaintiffs,             :
                              :
v.                            :   Civ No. 3:00CV01050(AWT)
                              :
PATRICIA WILSON-COKER,        :
in her official capacity as   :
Commissioner of the           :
Department of Social Services,:
                              :
      Defendant.              :
                              :
------------------------------x
```

## ORDER OF TRANSFER

In the interest of justice, this case is hereby transferred to Judge <u>Alfred V. Covello</u>. All further pleadings or documents in this matter should be filed with the Clerk's Office in <u>Hartford</u> and shall bear the docket number 3:00CV01050(AVC). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. <u>See</u> D. Conn. L. Civ. R. 3(a).

It is so ordered.

Dated this 17th day of November, 2005, at Hartford, Connecticut.

                                                                 /s/AWT

                                      Alvin W. Thompson
                                  United States District Judge