UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY CARR, *et al.*,                ) | CIVIL ACTION NO. |
|     Plaintiffs,    ) | 3:00 CV 1050 (AVC) |
|                   v.    ) | |
| PATRICIA WILSON-COKER, in her    ) | CLASS ACTION |
| official capacity as Commissioner of the State of    ) | |
| Connecticut Department of Social Services,    ) | |
|     Defendant.    ) | |
|         ) | FEBRUARY 2, 2006 |

### PLAINTIFFS' MOTION FOR RECONSIDERATION

On January 19, 2006, the Court granted the defendant's motion for summary judgment in the above-captioned matter, dismissing the plaintiffs' claims that the defendant violated the Medicaid Act by failing to ensure an adequate access to dental care for recipients in her HUSKY A program.[1] The plaintiffs now respectfully request that the Court reconsider its grant of summary judgment to the defendant with respect to Count Four, the "reasonable promptness" claim. As set out more fully in the attached memorandum, the plaintiffs contend that the Court committed clear errors of law in its analysis regarding the plaintiffs' "reasonable promptness" claim, particularly in light of fundamental rules of statutory construction and 19 years of consistent judicial interpretation, including very recent case law. Therefore, the plaintiffs respectfully request that the Court reconsider its grant of summary judgment with regard to the plaintiffs' "reasonable promptness" claim under 42 U.S.C. §1396a(a)(8), and enter an order denying that portion of the defendant's motion.

---

[1] While the Court's decision addressed all nine counts of the plaintiffs' complaint, the plaintiffs are only asking that the Court reconsider its decision with regard to Count 4. However, the plaintiffs are reserving their rights to file an appeal with regard to all of the claims surrounding the inadequacies in the HUSKY A program.

1

RESPECTFULLY SUBMITTED
THE PLAINTIFFS,
MARY CARR, ET AL.

By: /s/ Jamey Bell
JAMEY BELL
Fed. Bar No. CT15520
Jbell@ghla.org
VICTORIA VELTRI
Fed. Bar No. CT19754
Vveltri@ghla.org
GREG BASS
Fed. Bar No. CT18114
Gbass@ghla.org
GREATER HARTFORD LEGAL AID
999 Asylum Ave., 3rd Floor
Hartford, CT 06105-2465
(860) 541-5000
Fax (860) 541-5050

DAHLIA GRACE
Fed. Bar No. 19551
dgrace@connlegalservices.org
CONNECTICUT LEGAL SERVICES
211 State Street
Bridgeport, CT 06604
(203) 336-3851
Fax (203) 333-4976

Attorneys for the Plaintiffs

Of Counsel:
BERNHARDT K. WRUBLE
CT Juris No. 421195
316 Westmont
West Hartford, CT 06117
bkwruble@yahoo.com
(860)521-3543
Fax (860)521-3560

## CERTIFICATE OF SERVICE

This hereby certifies that the foregoing Plaintiffs' Motion For Reconsideration was mailed this ___ day of February, 2006 to counsel of record for Defendant, as follows:

**Tanya Feliciano**
**Hugh Barber**
**Richard Lynch**
Assistant Attorneys General
55 Elm Street, 4th Floor
P.O. Box 120
Hartford, CT 06141-0120

_____
Jamey Bell