UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY CARR, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> PATRICIA WILSON-COKER, in her official capacity as Commissioner of the State of Connecticut Department of Social Services, <br>     Defendant. | )   CIVIL ACTION NO. <br> )   3:00 CV 1050 (AVC) <br> ) <br> ) <br> ) <br> )   CLASS ACTION <br> ) <br> ) <br> ) <br> )   FEBRUARY 14, 2006 |

## PLAINTIFFS' MOTION FOR RECONSIDERATION OF DENIAL OF SUMMARY JUDGMENT

On January 31, 2006, the Court denied the plaintiffs' partial motion for summary judgment in the above-captioned matter, finding that genuine issues of fact exist regarding plaintiffs' claims under Count Eight of the Complaint that the defendant violated the Medicaid Act by failing to ensure that children receive needed dental treatment under the Act's Early and Periodic Screening, Diagnostic and Treatment (EPSDT) provisions. The plaintiffs now respectfully request, pursuant to Local Rule 7(c) that the Court reconsider its denial of summary judgment to the plaintiffs with respect to this count. As set out more fully in the attached memorandum, the plaintiffs contend that the Court committed clear errors of law in its analysis regarding the plaintiffs' EPSDT claim, misconstruing the evidence and legal standard applicable to denials of EPSDT services. Therefore, the plaintiffs respectfully request that the Court reconsider its grant of summary judgment with regard to the plaintiffs' EPSDT claims under 42 U.S.C. §§ 1396a(a)(43), and 1396d(r)(3)(A) and (B), and enter an order granting the plaintiffs' motion.

RESPECTFULLY SUBMITTED
THE PLAINTIFFS,
MARY CARR, ET AL.

By: /s/ Jamey Bell
JAMEY BELL
Fed. Bar No. CT15520
Jbell@ghla.org
VICTORIA VELTRI
Fed. Bar No. CT19754
Vveltri@ghla.org
GREG BASS
Fed. Bar No. CT18114
Gbass@ghla.org
GREATER HARTFORD LEGAL AID
999 Asylum Ave., 3rd Floor
Hartford, CT 06105-2465
(860) 541-5000
Fax (860) 541-5050

DAHLIA GRACE
Fed. Bar No. 19551
dgrace@connlegalservices.org
CONNECTICUT LEGAL SERVICES
211 State Street
Bridgeport, CT 06604
(203) 336-3851
Fax (203) 333-4976

Attorneys for the Plaintiffs

Of Counsel:
BERNHARDT K. WRUBLE
CT Juris No. 421195
316 Westmont
West Hartford, CT 06117
bkwruble@yahoo.com
(860)521-3543
Fax (860)521-3560

## CERTIFICATE OF SERVICE

This hereby certifies that the foregoing plaintiffs' Motion For Reconsideration was mailed this 14th day of February, 2006 to counsel of record for the defendant, as follows:

**Tanya Feliciano**
**Hugh Barber**
**Richard Lynch**
Assistant Attorneys General
55 Elm Street, 4th Floor
P.O. Box 120
Hartford, CT 06141-0120

_____
Jamey Bell