UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

MARY CARR, *et. al.*,

    Plaintiffs,                    CASE NUMBER: 3:00 CV1050 (AVC)

    v

PATRICIA WILSON-COKER, in her
Official capacity as Commissioner of the States of
Connecticut Department of Social Services,
        Defendant

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiffs, Mary Carr *et. al.*

| | |
|---|---|
| March 8, 2006 | *[signature]* |
| Date | Signature |
| CT 08718 | Anne Louise Blanchard, Esq. |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (860) 456-1761 Ext. 109 | Connecticut Legal Services, Inc. |
| Telephone Number | Address |
| (860) 456-7420 | 872 Main Street, P.O. Box 258 |
| Fax Number | |
| ablanchard@connlegalservices.org | Willimantic, CT 06226 |
| E-mail address | |

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this date to the following:

Please see attached certification of service.

*[signature]*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with rule 5(b) of the Federal Rules of Civil Procedure on this 8th day of March, 2006 first class postage prepaid

to:

AMY LEETEVAN DYKE, ESQ
Federal Bar Number ct23181
Updike, Kelly & Spellacy, P.C.
One State Street
P.O Box 231277
Hartford, CT 06123-1277
Tel: (860) 548-2600
Fax: (860)548-2680

JAMEY BELL, ESQ
GREG BASS, ESQ
VICTORIA VELTRI, ESQ
MARIA MORELLI-WOLFE, ESQ
Greater Hartford Legal Aid
90 Asylum Street 3rd Floor
Hartford, CT 06105-2465
Tel: (860)541-5000
Fax (860)541-5069

DAHLIA O.F GRACE, ESQ
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 0664
Tel: (203) 336-3851
Fax: (203)333-4946

ROBERT R. SIMPSON, ESQ
Shipman & Goodwin
1 American Row
Hartford, CT 06103

HUGH BARBER, ESQ
Assistant Attorney General
Federal Bar Number ct05731
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Email: hugh.barber@po.state.ct.us

_____
Anne Louise Blanchard