UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY CARR, ET AL. : | CIVIL ACTION NO.:3:00CV1020(AVC) |
| *Plaintiffs* : | |
| : | |
| v. : | |
| : | |
| PATRICIA WILSON-COKER. : | |
| COMMISSIONER, DEPARTMENT : | |
| OF SOCIAL SERVICES : | |
| *Defendant* : | MARCH 15, 2006 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 7e of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the undersigned respectfully requests leave to withdraw her appearance for the Plaintiffs. Plaintiffs continue to be represented by the following counsel: Jamey Bell, Victoria Veltri, Greg Bass and Maria Morelli-Wolfe of Greater Hartford Legal Aid; Anne Louise Blanchard of Connecticut Legal Services Inc.; Robert R. Simpson of Shipman & Goodwin; and Amy Leete Van Dyke of Updike, Kelly and Spellacy, P.C.

Respectfully Submitted,
PLAINTIFFS,

By _____
Dahlia O.F. Grace
Federal Bar No. CT 19551
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604
Tel: (203) 336-3851; Fax: (203) 333-4976
e-mail: dgrace@connlegalservices.org

## CERTIFICATION

I hereby certify that a copy of the foregoing MOTION TO WITHDRAW APPEARANCE was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 15th day of March, 2006, first class postage prepaid, to:

AMY LEETE VAN DYKE, ESQ.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Tel: (860) 548-2600
Fax: (860) 548-2680

JAMEY BELL, ESQ.
VICTORIA VELTRI, ESQ.
GREG BASS, ESQ.
MARIA MORELLI-WOLFE, ESQ.
Greater Hartford Legal Aid
90 Asylum St., 3rd Floor
Hartford, CT 06105-2465
Tel: (860) 541-5000
Fax: (860) 541-5069

ANNE LOUISE BLANCHARD, ESQ.
Connecticut Legal Services, Inc.
872 Main Street
P.O. Box 258
Willimantic, CT 06226
Tel: (860) 456-1761, ext. 109
Fax: (860) 456-7420

ROBERT R. SIMPSON, ESQ.
Shipman & Goodwin
1 American Row
Hartford, CT 06103

HUGH BARBER, ESQ.
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

_____
Dahlia O.F. Grace