140

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| MARY CARR, ET AL.<br>*Plaintiffs* | CIVIL ACTION NO.:3:00CV1050(AVC) |
| v. | |
| PATRICIA WILSON-COKER.<br>COMMISSIONER, DEPARTMENT<br>OF SOCIAL SERVICES<br>*Defendant* | MARCH 15, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7e of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the undersigned respectfully requests leave to withdraw her appearance for the Plaintiffs. Plaintiffs continue to be represented by the following counsel: Jamey Bell, Victoria Veltri, Greg Bass and Maria Morelli-Wolfe of Greater Hartford Legal Aid; Anne Louise Blanchard of Connecticut Legal Services Inc.; Robert R. Simpson of Shipman & Goodwin; and Amy Leete Van Dyke of Updike, Kelly and Spellacy, P.C.

Respectfully Submitted,
PLAINTIFFS,

By_____
Dahlia O.F. Grace
Federal Bar No. CT 19551
Connecticut Legal Services, Inc.
211 State Street
Bridgeport, CT 06604
Tel: (203) 336-3851; Fax: (203) 333-4976
e-mail: dgrace@connlegalservices.org

3:00CV1050(AVC) March 20, 2006. The motion is GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J.