UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY CARR, ET AL.<br>   Plaintiffs,<br><br>v.<br><br>PATRICIA WILSON-COKER, in her<br>official capacity as Commissioner of the State of<br>Connecticut Department of Social Services,<br>   Defendant. | CIVIL ACTION NO.<br>3:00 CV 1050 (AWT)<br><br><br><br>CLASS ACTION<br><br><br><br>March 28, 2006 |

MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7e of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the undersigned respectfully requests leave to withdraw her appearance for the Plaintiffs. Plaintiffs continue to be represented by the following counsel: Jamey Bell, Greg Bass and Maria Morelli-Wolfe of Greater Hartford Legal Aid, Inc.; Anne Louise Blanchard of Connecticut Legal Services, Inc.; Robert Simpson of Shipman & Goodwin; and Amy Leete Van Dyke of Updike, Kelly and Spellacy, P.C.

                   Respectfully Submitted,
                   PLAINTIFFS,

                   By_____
                   Victoria L. Veltri
                   Federal Bar No. CT 19754
                   Greater Hartford Legal Aid, Inc.
                   999 Asylum Ave., Third Floor
                   Hartford, CT 06105-2465
                   (860)541-5037
                   (860)541-5050 – facsimile
                   vveltri@ghla.org

## CERTIFICATION

I hereby certify that the foregoing MOTION TO WITHDRAW APPEARANCE was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 28th day of March, 2006, first class postage prepaid to all counsel of record as follows:

HUGH BARBER
TANYA FELICIANO
RICHARD LYNCH
Assistant Attorneys General
55 Elm Street, 4th Floor
P.O. Box 120
Hartford, CT 06141-0120

AMY VAN DYKE
UPDIKE, KELLY & SPELLACY
One State Street
Hartford, CT 06123-1277

ROBERT R. SIMPSON
SHIPMAN AND GOODWIN
One American Row
Hartford, CT 06103-2819

JAMEY BELL
GREG BASS
MARIA MORELLI-WOLFE
GREATER HARTFORD LEGAL AID
999 Asylum Ave., 3rd Floor
Hartford, CT 06105-2465

ANNE LOUISE BLANCHARD
Connecticut Legal Services, Inc.
872 Main St.
P.O. Box 258
Willimantic, CT 06226

_____
Victoria L. Veltri