UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| MARY CARR, ET AL. | ) | CIVIL ACTION NO. |
| Plaintiffs, | ) | 3:00 CV 1050 (AWT) |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICIA WILSON-COKER, in her official capacity as Commissioner of the State of Connecticut Department of Social Services, Defendant. | ) ) ) ) | CLASS ACTION |
| | ) | March 28, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7e of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the undersigned respectfully requests leave to withdraw her appearance for the Plaintiffs. Plaintiffs continue to be represented by the following counsel: Jamey Bell, Greg Bass and Maria Morelli-Wolfe of Greater Hartford Legal Aid, Inc.; Anne Louise Blanchard of Connecticut Legal Services, Inc.; Robert Simpson of Shipman & Goodwin; and Amy Leete Van Dyke of Updike, Kelly and Spellacy, P.C.

Respectfully Submitted,
PLAINTIFFS,

By _____
Victoria L. Veltri
Federal Bar No. CT 19754
Greater Hartford Legal Aid, Inc.
999 Asylum Ave., Third Floor
Hartford, CT 06105-2465
(860)541-5037
(860)541-5050 – facsimile
vveltri@ghla.org

3:00CV1050(AVC) April 4, 2006. The motion is GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.