UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARY CARR, *et al.*,   **APPEARANCE**

    Plaintiffs,   CASE NUMBER: 3:00 CV1050 (AVC)

v.

PATRICIA WILSON-COKER, in her
Official capacity as Commissioner of the States of
Connecticut Department of Social Services,
    Defendant.

To the clerk of this court and all parties of record:
    Enter my appearance as counsel in this case for:

    Plaintiffs, Mary Carr *et al.*

| | |
|---|---|
| April 13, 2006 | [signature] |
| Date | Signature |
| ct27002 | Kristen Noelle Hatcher, Esq. |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (860) 225-8678 Ext. 108 | Connecticut Legal Services, Inc. |
| Telephone Number | Address |
| (860) 225-6105 | 587 Main Street |
| Fax Number | |
| khatcher@connlegalservices.org | New Britain, CT 06051 |
| E-mail address | |

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this date to the following:

    Please see attached certification of service.

                              [signature]
                              Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with rule 5(b) of the Federal Rules of Civil Procedure on this 13th day of April, 2006 first class postage prepaid

to:

AMY LEE TEVAN DYKE, ESQ
Federal Bar Number ct23181
Updike, Kelly & Spellacy, P.C.
One State Street
PO Box 231277
Hartford, CT 06123-1277
Tel: (860) 548-2600
Fax: (860) 548-2680

JAMEY BELL, ESQ
GREG BASS, ESQ
MARIA MORELLI-WOLFE, ESQ
Greater Harford Legal Aid
90 Asylum Street 3rd Floor
Hartford, CT 06105-2465
Tel: (860) 541-5000
Fax: (860) 541-5069

ANNE LOUISE BLANCHARD
Federal Bar Number ct08718
Connecticut Legal Services
872 Main Street, P.O. Box 258
Willimantic, CT 06226
Tel: (860) 456-1761 Ext. 109
Fax: (860) 456-7420

ROBERT R SIMPSON, ESQ
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103
Tel: (860) 251-5515
Fax: (860) 251-5216

HUGH BARBER, ESQ
Assistant Attorney General
Federal Bar Number ct05731
55 Elm Street
PO Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

_____
Kristen Noelle Hatcher