UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY CARR, ET AL, | ) | CIVIL ACTION<br>NO. 3:00 CV1050 (AWT) |
| Plaintiffs, | ) | |
| vs. | ) | |
| PATRICIA WILSON-COKER<br>COMMISSIONER OF THE<br>DEPARTMENT OF SOCIAL SERVICES | ) ) ) | |
| Defendants. | ) | OCTOBER 25, 2006 |

## REQUEST FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to L.Civ.Rule 7(e), the undersigned respectfully requests leave to withdraw her appearance in this action as to Mary Carr, et al.  Amy Leete Van Dyke, Esq., counsel in this matter, recently resigned her position at Updike, Kelly & Spellacy, P.C.  Furthermore, Richard Dighello, Esq. of Updike, Kelly & Spellacy, P.C. will be appearing on this matter.  Attorneys for Greater Hartford Legal Aid will continue to represent Mary Carr, et al. in this action.

449519

Respectfully submitted,


By: /s/ Amy Leete Van Dyke, Esq.
    AMY LEETE VAN DYKE, ESQ.
    Federal Bar No. ct23181
    Updike, Kelly & Spellacy, P.C.
    One State Street
    Hartford, CT 06123-1277
    Telephone:(860) 548-2600
    Facsimile: (203) 772-2037
    Email: avandyke@uks.com

449519

## **CERTIFICATION**

I hereby certify that on October 25, 2006, a copy of this Request for Leave to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing the Court's CM/ECF System.

Anne Louis Blanchard, Esq.
Kristen Noelle Hatcher
Connecticut Legal Services
872 Main Street, PO Box 258
Willimantic, CT  06226

Hugh Barber, Esq.
Marianne I. Horn, Esq.
Tanya Feliciano, Esq.
Karen Haabestad, Esq.
Richard Lynch, Esq.
Office of the Attorney General
55 Elm Street
Hartford, CT  06141-0120

Jamey Bell, Esq., Executive Director
Gregory Lee Bass, Esq.
Jamey Lynette Bell, Esq.
Maria N. Morelli-Wolfe, Esq.
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT  06105-2465

Robert Reginald Simpson, Esq.
Shipman & Goodwin
One Constitution Plaza
Hartford, CT  06103

By: __/s/ Amy Leete Van Dyke, Esq._____
    AMY LEETE VAN DYKE, ESQ.
    Updike, Kelly & Spellacy, P.C.

449519