# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY CARR, ET AL, ) | CIVIL ACTION |
| ) | NO. 3:00 CV1050 (AWT) |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| PATRICIA WILSON-COKER ) | |
| COMMISSIONER OF THE ) | |
| DEPARTMENT OF SOCIAL SERVICES ) | |
| Defendants. ) | OCTOBER 25, 2006 |

## **APPEARANCE**

Please enter my appearance as attorney for the plaintiffs, Mary Carr, et. al. in the above-captioned matter.

Dated at Hartford, Connecticut this 25th day of October, 2006.

          Respectfully submitted,

          By:  /s/ Richard M. Dighello, Esq.
              RICHARD M. DIGHELLO, ESQ.
              Federal Bar No. ct17521
              Updike, Kelly & Spellacy, P.C.
              One State Street
              Hartford, CT 06123-1277
              Telephone:(860) 548-2600
              Facsimile: (203) 772-2037
              Email: rdighello@uks.com

449818

## CERTIFICATION

I hereby certify that on October 25, 2006, a copy of this Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing the Court's CM/ECF System

| | |
|---|---|
| Anne Louis Blanchard, Esq.<br>Kristen Noelle Hatcher<br>Connecticut Legal Services<br>872 Main Street, PO Box 258<br>Willimantic, CT  06226 | Jamey Bell, Esq., Executive Director<br>Gregory Lee Bass, Esq.<br>Jamey Lynette Bell, Esq.<br>Maria N. Morelli-Wolfe, Esq.<br>Greater Hartford Legal Aid<br>999 Asylum Avenue, 3rd Floor<br>Hartford, CT  06105-2465 |
| Hugh Barber, Esq.<br>Marianne I. Horn, Esq.<br>Tanya Feliciano, Esq.<br>Karen Haabestad, Esq.<br>Richard Lynch, Esq.<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, CT  06141-0120 | Robert Reginald Simpson, Esq.<br>Shipman & Goodwin<br>One Constitution Plaza<br>Hartford, CT  06103 |

                                            By: :__/s/ Richard M. Dighello, Esq._____
                                                RICHARD M. DIGHELLO, ESQ.
                                                Updike, Kelly & Spellacy, P.C.

449818