UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY CARR, *et al*,  )<br>    Plaintiffs,  ) | CIVIL ACTION NO. |
|   ) | 3:00 CV 1050 (AVC) |
| v.  ) | |
|   ) | June 19, 2007 |
| PATRICIA WILSON-COKER, in her  ) | |
| official capacity as Commissioner of the State  ) | CLASS ACTION |
| of Connecticut Department of Social Services,  ) | |
|    Defendant.  ) | |
|   ) | |

## JOINT MOTION FOR EXTENSION OF TIME AND REFERRAL TO JUDGE MAGISTRATE

I. Introduction

On June 13, 2007, in response to a call from the chambers of the Court, plaintiffs submitted an up-date to the court regarding the settlement negotiations in the instant case. On June 14, 2007, the court issued an order setting a deadline of July 16th, 2007 for the parties to submit their Joint Pre-Trial Memorandum. The parties recognize and apologize for the fact that settlement negotiations in this case have exceeded one year. In addition to the need for a settlement to be approved by the Connecticut General Legislature, the Department of Social Services has a new Commissioner, which led to a significant alteration in the settlement negotiations.

Consequently, pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, the parties respectfully request a limited extension of time, with specific conditions, to either resolve settlement or to appropriately prepare for trial.[1]

---

[1] As a matter of showing good faith regarding settlement, the parties note that counsel for plaintiffs and defendants have just achieved settlement in a separate class action

1

This is the first motion for extension of time filed by the parties with respect to the Joint Trial Memorandum.

The parties also respectfully request, pursuant to Rule16(a)(5) of the Federal Rules of Civil Procedure and Rule 16(c) of the Local Rules of Civil Procedure, a referral to a judge magistrate for settlement purposes.

II. Background

The instant class action regarding access to Medicaid dental services was commenced on June 8, 2000. On April 2, 2001, the court certified the class and sub-class to encompass 300,000 child and adult Medicaid recipients in Connecticut. In January, 2006, this court denied Defendant's Motion for Summary Judgment with respect to DSS' compliance with the federal Early Periodic Screening Diagnostic and Treatment (EPSDT) Program. Shortly thereafter, the Connecticut state legislature passed Public Act 06-188, authorizing DSS to use specific funds identified in the 2007 state Department of Social Services Medicaid appropriation for the settlement of the Carr v. Wilson Coker litigation. (State of Connecticut Public Act No. 06-188 Sec. 24). Since that time, the parties have engaged in formal negotiations with written settlement proposals. A similar Public Act and appropriation was pending in front of the 2007 legislature, with the 2007 budget currently awaiting legislative approval.

On May 14, 2007, the parties met with the new DSS Commissioner and advanced settlement negotiations significantly. Both parties agree that the assistance of a judge magistrate

---

involving the Department of Social Services (Raymond v. Rowland 3:03CV0118 (MRK)) and plaintiffs' counsel also just achieved settlement of a class action with the Department of Children and Families (W.R. v. Dunbar, 3:02cv 429 (RNC)). Both settlement negotiations exceeded one year but both resulted in significant settlement agreements approved by the 2007 legislature and are awaiting fairness hearings in federal court.

will facilitate the negotiation of a settlement. Both parties are also cognizant of the time that has lapsed during settlement negotiations and consequently request the following:

1) A short settlement period, until September 30, 2007, under the aegis of a magistrate judge, with formal monthly reports to the court. The parties themselves will be meeting shortly, as soon as a final budget is achieved.

2) The parties will concurrently up-date discovery to be in a position to go to trial without further delay, should settlement not occur.

III. Conclusion

Accordingly, both parties respectfully request that the Court grant the extension of time in this matter and request a referral to a magistrate judge to facilitate the settlement negotiations.

Respectfully Submitted;

BY _____
Anne Louise Blanchard
Connecticut Legal Services, Inc.
Federal Bar No. ct 08718
872 Main Street
Willimantic, Connecticut 06226
Telephone: (860) 456-1761
Fax: 860 456-7420
e-mail: ablanchard@connlegalservices.org
*For Plaintiffs*

Hugh Barber
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141
Tel: 860-808-5210
Fax: 860-808-5385
e-mail: hugh.barber@po.state.ct.us
Fed. Bar. No. ct08718

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2007, a copy of the foregoing Joint Motion For Continuance and Referral to Judge Magistrate was filed electronically and served by mail on anyone unable to accept electronic filing; all parties listed below. Notice of this filing will be sent by e-mail to all parties and persons by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CNM/ECF System.

_____
Anne Louise Blanchard