UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY CARR, et al., <br> Plaintiffs, <br><br> v <br><br> PATRICIA WILSON-COKER, in her official capacity as Commissioner of the State of Connecticut Department of Social Services, <br> Defendant. | CIVIL ACTION NO. <br> 3:00 CV 1050 (AVC) <br><br> June 19, 2007 <br><br> CLASS ACTION |

## JOINT MOTION FOR EXTENSION OF TIME AND REFERRAL TO JUDGE MAGISTRATE

I. Introduction

On June 13, 2007, in response to a call from the chambers of the Court, plaintiffs submitted an up-date to the court regarding the settlement negotiations in the instant case. On June 14, 2007, the court issued an order setting a deadline of July 16th, 2007 for the parties to submit their Joint Pre-Trial Memorandum. The parties recognize and apologize for the fact that settlement negotiations in this case have exceeded one year. In addition to the need for a settlement to be approved by the Connecticut General Legislature, the Department of Social Services has a new Commissioner, which led to a significant alteration in the settlement

---

3:00CV1050(AVC) June 21, 2007. To the extent that the within motion seeks a referral to a magistrate judge for settlement purposes, the motion is GRANTED. The court refers this matter to Magistrate Judge Thomas P. Smith for the purpose of convening a settlement conference. To the extent that the within motion seeks to reopen discovery in this matter, the motion is DENIED, as the parties have failed to set forth a sufficient basis for this request. To the extent that the within motion seeks an extension of time in which to file a trial memorandum, the motion is GRANTED in part, and DENIED in part. On or before July 23, 2007, the parties shall file a joint trial memorandum in accordance with the local standing order on trial memoranda in civil cases. See D. Conn. L. Civ. R. App. The court will thereafter set down a date to commence the trial, should the parties fail to reach a settlement.
SO ORDERED.

Alfred V. Covello, U.S.D.J.