**Attachment A to Joint Trial Memorandum: Stipulations of Fact**

1. Dental disease appears much more frequently in the low-income population of Connecticut than in higher-income populations of the state, according to public health officials, dental health experts, and Connecticut dental practitioners.

2. Poor children suffer twice as much dental caries (tooth decay) as their more affluent peers.

3. Severe dental infections can result in hospitalization or death.

4. Connecticut elected to participate in, and receive federal funding for, a Medicaid program. Connecticut receives 50% of its eligible Medicaid funding from the federal government as its 'federal medical assistance percentage' ("FMAP").

5. Defendant Commissioner of the Department of Social Services ("DSS" or "the "Department") administers the Connecticut Medicaid program.

6. Pursuant to a waiver initially obtained by DSS in June 1995 from the Health Care Financing Administration ("HCFA") of the US Department of Health and Human Services (HHS), which was renewed and extended in 1997, 2000, 2002 and 2006, and is currently effective, the Defendant Commissioner was and currently is allowed to provide medical assistance to eligible individuals through contracts with managed care organizations ("MCOs").

7. One of the objectives of the 1995 Medicaid managed care waiver, articulated by DSS in its initial waiver request, is to assure adequate access to quality care for Medicaid recipients.

8. There are currently four MCOs participating in the HUSKY A program through Purchase of Services contracts with DSS: Anthem Blue Cross and Blue Shield/Blue Care Family Plan ("BCFP"), Community Health Network of Connecticut ("CHNCT"), Health Net of

1

Connecticut (HNCT), formerly known as Health Net of the Northeast, Inc. (HNNE), Physicians Health Services, Inc." or "PHS") and First Choice Connecticut/Preferred One ("First Choice" or "Preferred One").

9. All four of the MCOs or their predecessors have participated in the HUSKY A program through Purchase of Services contracts with DSS since 1995.

10. The substantive terms of the 2001 Purchase of Services contracts between each of the four participating MCOs and DSS are identical however the capitated payment amounts paid by the State vary from plan to plan.

11. Under all versions of the Purchase of Services contracts, DSS requires participating MCOs to provide children with Early Periodic Screening Diagnostic and Treatment ("EPSDT") dental screening services, and preventive and medically necessary dental care treatment.

12. Each Purchase of Services contract requires the MCOs to provide, as EPSDT services, dental services to child Medicaid recipients, including relief of pain and infections, restoration of teeth and maintenance of dental health, provided that the services are medically necessary, and in accord with all other applicable conditions for coverage. Initial dental referral must be made before a child's 3rd birthday.

13. Under such Purchase of Services contracts, the MCOs are required to cover their enrolled Medicaid children from prior to a child's third birthday until age 21 for other necessary dental health care identified through a dental screen, diagnostic and treatment services and other measures to correct or ameliorate defects and physical illnesses and conditions whether or not the service is otherwise covered by Connecticut in its Medicaid plan, provided that the service is medically necessary, was identified as a necessary service in an EPSDT screen, qualifies for coverage as a service that may be covered as medical

2

assistance by a state Medicaid program under federal law, and all other conditions for coverage are satisfied.

14. The HUSKY A program requires that its beneficiaries enroll in an MCO.

15. If Medicaid payment from the MCOs is requested for dental services, HUSKY A beneficiaries may utilize only dental health care providers who participate with their MCO plan unless prior authorization is obtained from the MCO and/or its Medicaid dental subcontractor.

16. Under their Purchase of Services contracts with DSS, the MCOs are required to provide coverage for the services listed under the following categories of dental services, performed by a licensed dentist or dental hygienist and conforming to accepted methods of diagnosis and treatment:

    a. diagnostic services (including initial, periodic and emergency oral examinations);

    b. preventive services (including prophylaxis, fluoride treatment for children under 21;

    c. sealants for children between the ages of 5 and 16;

    d. restorative services (including fillings and crowns for carious permanent and primary teeth);

    e. endodontics;

    f. prosthodontics;

    g. dental surgery;

    h. exodontia (extractions);

    i. orthodontics under the EPSDT program;

    j. alveolectomy;

    k. patient management (for dental services for persons with cognitive disabilities);

    l. restorative procedures to deciduous teeth nearing exfoliation; and

    m. general surgical anesthesia.

17. Under their Purchase of Services contracts with DSS, the MCOs are required to provide coverage for EPSDT dental services in conformance with the EPSDT periodicity schedule.

18. The current EPSDT periodicity schedule, developed and implemented by DSS in 2001, requires a dental screen and an initial referral to a dentist prior to a child's third birthday and consistent with American Academy of Pediatrics ("AAP") Guidelines.

19. Since 1998, the EPSDT periodicity schedule has required an initial dental referral prior to a child's 3rd birthday and consistent with AAP Guidelines; prior to 1998, the EPSDT periodicity schedules required an initial dental referral at age 3.

20. Each Purchase of Services contract requires that the MCO's dental provider network enable access for each enrolled plan member to a general dentist at a distance of no more than twenty (20) miles from the member's residence.

21. Each Purchase of Services contract requires that the MCO:

    a. maintain an adequate Medicaid dental provider network throughout the state's eight (8) counties;

    b. maintain Medicaid dental provider networks in each county in Connecticut at a ratio of at least one general dentist for every 486 enrolled plan members, with dental hygienists counted at .50% of a dentist; and

    c. ensure that dental visits are scheduled within six (6) weeks.

22. In 1991, the Secretary of HHS announced a goal that by fiscal year 1995 all states, including Connecticut, achieves an 80% participation ratio for all services specified in

EPSDT Medicaid statutory provisions.

23. Defendant reports annually to CMS the number of Medicaid-enrolled children receiving required preventive and dental treatment services on forms commonly known as "HCFA 416" reports, now "CMS 416" reports.

24. Since 1995, DSS has required each MCO to submit monthly reports to DSS on utilization of dental care and compliance with the screening requirements of the EPSDT program.

25. The Children's Health Council was created in 1995 by the Connecticut General Assembly in part to monitor compliance of the HUSKY A program with federal requirements of the EPSDT program.

26. The MCOs are required to report monthly enrollment utilization and claims data and encounter data, to CT Voices.

27. The Medicaid Managed Care Advisory Council ("MMCC") was created in 1995 by the Connecticut General Assembly to provide oversight and monitoring of the HUSKY A program. The MMCC receives periodic reports from the defendant concerning the HUSKY A program based on the data that each MCO reports to DSS on children's and overall utilization of dental services.

28. DSS' Purchase of Services contracts with the MCOs allow DSS to "suspend" or "freeze" additional enrollment of new members in an MCO in a county of Connecticut if the MCO exceeds the ratio of 486 HUSKY A members per dental provider in that particular county.

29. If a dental provider is enrolled in more than one MCO HUSKY A plan, the defendant allows the provider to be counted as a provider in each MCO plan for purposes of determining MCO enrollment capacity in a particular county.

30. In Connecticut, defendant's primary means of ensuring that dental care is available for

Medicaid child recipients throughout the state is a determination of caps on enrollment for each MCO.

31. According to David Parrella, Director of Medicaid Care Administration at the Department of Social Services, the Purchase of Services contracts with the MCOs do not include sanctions, other than enrollment freezes, for MCO non-performance regarding dental access.

32. The MCO capitation payments which vary slightly between MCOs, were and are negotiated by DSS and the MCOs in conjunction with the Connecticut Office of Policy and Management.

33. No MCO contracting with DSS for HUSKY A services in Connecticut from 1995 to date, has met, or been sanctioned for failing to meet, the annual 80% utilization contract performance measures for dental services for children.