Joint Trial Memorandum: Attachment C Plaintiffs' Witness List

| Name | Address | Anticipated Testimony |
|---|---|---|
| Melinda Aiudi | 37 Daro Drive<br>Enfield, CT 06082 | Ms. Aiudi will testify about her difficulties obtaining dental care for her 17 year old daughter, and her experience seeking assistance from her managed care organization |
| Donna Balaski, DDS (adverse witness) | Dept. of Social Services<br>25 Sigourney Street<br>Hartford, CT 06106 | Dr. Balaski will testify about the defendant's HUSKY A program, changes within the last 4 years, provider participation, delivery of EPSDT services to class members, and other matters regarding the allegations in the complaint |
| Jackson Brown, DDS, PhD | American Dental Association<br>211 East Chicago Avenue<br>Chicago, ILL 60611-2678 | Dr. Brown will testify about dental care access barriers for low-income people, and how low reimbursement levels in Medicaid dental programs and administrative processes affect dental provider participation and access to care |
| Debbra Caoutte | 14 Maryland Street<br>Danielson, CT 06239 | Ms. Caoutte will testify about the difficulty and long delays she experienced seeking dental treatment for one child after an injury, and for both children for regular preventive services |
| Annette Copeland | 2 Treat Street Unit 9C<br>West Haven, 06516 | Ms Copeland will testify about the difficulties she had finding a new dentist |

| | | |
|---|---|---|
| | | for her son after their long time dentist stopped treating people outside his geographical area |
| James Crall, DDS, ScD | Maternal and Child Health Bureau National Oral Health Policy Center UCLA School of Dentistry - CHS 23-021A 10833 LeConte Avenue Los Angeles, CA 90095-1668 | Dr. Crall will testify about his analyses of the defendant's fee schedules and his conclusion that they are insufficient to attract providers in that they often do not cover costs, and are dramatically disparate from rates in the marketplace, which results in failures to provide EPSDT services to HUSKY A kids. He will also testify about the consequences of denied access and delayed treatment, refute the myth that parents of Medicaid-eligible children do not seek dental care for their kids and that this accounts for the low utilization numbers in the defendant's program, and about other matters regarding the allegations in the complaint. |
| Laura Cushing | 12 George Street Windham 06280 | Ms. Cushing will testify about the difficulties she had seeking treatment for her son's abscess, long waiting lists for care, and the lack of assistance from her managed care organization |

| | | |
|---|---|---|
| Diane Dimmock, RDH, MSEd | Coordinator of Health Services Hartford Public Schools 1750 Main Street Hartford, CT 06120 | Ms Dimmock will testify about the Hartford Public Schools' dental clinics, their financial difficulties under the defendant's HUSKY A reimbursement rates, the clinics' inability to meet all demand, and their inability to locate dental specialty care for children they cannot serve |
| Burton Edelstein, DDS, MPH | Division of Community Health Columbia University School of Dental and Oral Surgery 630 W. 168th Street New York, NY 10032 | Dr. Edelstein will testify about the disparities in access to dental care and dental care utilization rates between poor and non-poor children, how inadequate payment rates result in insufficient provider participation and a weakened "safety net", and leads to denials of the critical oral health services required by the Medicaid Act's EPSDT provisions; he will describe how CT's funding inadequacies are reflected in denials of regular, timely and quality EPSDT dental care to children, and testify about other matters regarding the allegations in the complaint. |
| Natasha Gean | 90 Platt Street Waterbury, CT 06704 | Ms. Gean will testify about her difficulty obtaining a participating dental provider for her 3 year old daughter |

| Michael Goodman, DDS | 131 W. Grayling Lane Suffield, CT 06078 | Dr. Goodman will testify about his experiences as a community pediatric dentist participating in the HUSKY A program; his experience directing a major urban hospital dental clinic serving HUSKY A patients; his experience as a dentist in a "federally qualified health center" community clinic; and his experience as a provider in an urban hospital-based dental clinic and operating room attempting to provder EPSDT services to children |
|---|---|---|
| Fredric Googel, DMD | 1268 Main Street Newington, CT 06111 | Dr. Googel will testify about his Newington oral surgery practice' participation as a HUSKY A provider |
| Zona Green | 75 Walnut Street Waterbury, CT 06704 | Ms. Green will testify about her inability to find regular preventive dental care for her son |
| Donald Greiner, DDS, MSc | (deceased) | Dr. Greiner will testify via deposition transcript regarding the disparity between his fee schedule and HUSKY A fees, which do not cover overhead costs, and the limitations he must place on accepting new HUSKY A patients |
| Mary Hagget | 222 Miller Street Chaplin, CT 06235 | Ms Haggett will testify about her difficulty finding a local dental care provider for her grandson |
|  |  |  |

| | | |
|---|---|---|
| Mary Ellen Hass, MSW, LCSW | Student Health Services of Stamford, Inc.<br>888 Washington Boulevard<br>Stamford, CT 06901 | Ms. Hass will testify about Stamford's public health-oriented response to problems with access to dental care for HUSKY A patients |
| Tracey Hernandez | 36 Shepard Drive<br>Manchester, CT 06 | Ms. Hernandez will testify about the difficulties she has obtaining regular dental care for her 3 children, ages 10-14 |
| Linda Howard | 72 Olsen Drive<br>Ansonia, CT 06401 | Ms. Howard will testify about her problems finding dental care for her child |
| Robert Hoyer, FSA, MAAA | Hoyer Actuarial Litigation, LLC<br>154 Needletree Lane<br>Glastonbury, CT 06033 | Mr. Hoyer will testify about the actuarial unsoundness of DSS' financing of the HUSKY A dental program, and the increases necessary to adequately fund the program given EPSDT mandates and goals |
| Sandra Hunt, M.P.A. | PricewaterhouseCoopers, LLP<br>199 Fremont Street<br>San Francisco, CA 94105 | Ms. Hunt, a health care consultant specializing in public program financing, will testify about "the Milbank model" of children's dental care financing, and her recommendations for necessary funding increases in the defendant's program based upon numbers of children, utilization goals and children's dental care needs |

| | | |
|---|---|---|
| Jamie Imes | Health and Nutrition Manager-TEAM Early Education (Head Start Ansonia)<br>80 Howard Avenue,<br>Ansonia CT 06401 | Ms. Imes will testify about her difficulties obtaining dental care for the children she works with in Head Start in Ansonia, Derby, Seymore, Shelton, Beacon Falls and Oxford |
| Robin Knowles, RDH, MPH | 22 Morgan Place<br>Unionville, CT 06085 | Ms. Knowles will testify about her experience as a hygienist in an urban school-based program, and as a teacher of dental hygiene teaching and supervising students providing care to HUSKY A children in their communities, and about her knowledge of the scarcity of dental care for children in the greater New Britain and Bristol communities |
| Donald Kohn, DDS | 991 State Street<br>New Haven, CT 06511 | Dr. Kohn will testify about his experience directing a hospital based dental clinic, and as a pediatric dentist, in New Haven |
| Carol Labbe | 276 Steele St.<br>New Britain, CT 06052 | Ms. Labbe will testify about her inability to obtain regular 6 month dental check-ups for her child |
| Hope Lanzieri | 207 South Main Street<br>Seymour, CT 06483 | Ms. Lanzieri will testify about her inability to obtain regular dental care for her child |
| Tanya Ledasmas | Bristol Community Center<br>55 South Street<br>Bristol, CT 06010 | Ms. Ledasmas will testify about the difficulty HUSKY A clients served by her agency have had accessing dental providers in the greater Bristol area |

| Mary Alice Lee, Ph.D. | CT Voices for Children<br>33 Whitney Ave.<br>New Haven, CT 06510 | Dr. Lee will testify about her analyses and reports on data from the defendant concerning children's dental care access and utilization in the HUSKY A program |
|---|---|---|
| Elsie Maldonado | Windham Family Resource Center | Ms. Maldonado will testify about the problems faced by families she works with in Windham county in obtaining HUSKY A dental care |
| Kelly Maher | 353 First Ave.<br>West Haven, CT 06516 | Ms. Maher will testify about the problems she experiences finding dental care in HUSKY A |
| Linda Miklos, R.D., M.P.H. | 355 Goshen Road<br>P.O. Box 909<br>Litchfield, CT 06759-0909 | Ms. Miklos will testify about her Head Start program in the Northwest corner of CT |
| Peter Milgrom, DDS | Dental Public Health Sciences<br>Northwest/Alaska Center to Reduce Oral Health Disparities<br>Box 357475<br>University of Washington<br>Seattle, WA 98195-7475 USA | Dr. Milgrom will testify about the innovative children's dental care outreach and services program, "ABCD", in Washington state |
| Peter Munk, DDS | Family Dental Group<br>468 Clinton Avenue<br>Bridgeport, CT 06605 | Dr. Munk will testify about his Bridgeport-based dental practice which serves large numbers of HUSKY A patients, his inability to meet the needs of all callers, and his inability to refer patients for specialty care |
| | | |

| | | |
|---|---|---|
| Vickie Orsini Nardello | 8 Laurel Lane<br>Prospect, CT 06712 | Ms. Nardello will testify about her experience as a dental hygienist in a school-based program; and her experience as a legislator studying and attempting to resolve dental care access problems in the HUKSY A program |
| David Parrella<br>(adverse witness) | Dept. of Social Services<br>25 Sigourney Street<br>Hartford, CT 06106 | Dr. Parrella will testify about his experience as the defendant's Director of Medical Care Administration, overseeing the Medicaid and HUSKY A programs, and other matters regarding the allegations in the complaint |
| Amit Patel, DDS<br>203 597-9044 x 209 | Staywell Health Clinic - South End<br>1302 South MainStreet<br>Waterbury, CT 06706 | Dr. Patel will testify about his community health care clinic in Waterbury, CT, and its inability to meet the needs of all the HUSKY A recipients in the community |
| Bertrand Pelletier, DDS | (Deceased) | Via deposition transcript Dr. Pelletier will testify about HUSKY A patients' inability to access care in Northeast CT, and the comparison of his commercial fees to Medicaid rates |
| | | |

| | | |
|---|---|---|
| Marc Ryan | (Unavailable) | Mr. Ryan will testify via deposition concerning the methodology underlying setting initial capitation rates in the HUSKY A program, managed care rates vs. fee for service rates, utilization assumptions, factors considered in raising rates, and other matters regarding the allegations in the complaint |
| Rexford Santerre, Ph.D. | 140 Stawicki Dr. N. Grosvenordale, CT 06255 | Professor Santerre will testify about the "dual market" economic theory which concludes that low reimbursement rates cause health care providers to participate less fully in the Medicaid program, and the "dual market" model which predicts participation if the provider seeks to maximize profit or maximize other things |
| Virginia Saunders | 7 Foster Leigh Road Niantic, CT 06357 | Ms. Saunders will testify about her inability to locate regular dental care for her 6 children, and her experiences seeking help from her managed care organization |
| Hilary Silver (adverse witness) | | Ms. Silver will testify about monitoring dental provider participation, dental utilization and dental care costs in the defendant's program |

| | | |
|---|---|---|
| Gwendolyn Testa, DDS | 60 Circle Drive Stratford, CT 06614 | Dr. Testa will testify about her experiences in a community health care clinic in New Haven, CT, its inability to timely meet the needs of all the HUSKY A recipients in the community, and the difficulty referring to, and the lengthy wait for, oral surgery and other specialty care |
| Michael Starkowski (adverse witness) | Dept. of Social Services 25 Sigourney Street Hartford, CT 06106 | Commissioner Starkowski will testify about the HUSKY A dental program challenges, changes, and other matters regarding the allegations in the complaint |
| Susan Thornton | P.O. Box 303 Torrington, CT 06790 | Ms. Thornton will testify about her long-time difficulties locating regular dental care for her 3 teen-age children who need check-ups, cleanings and orthodontic assessments |
| Steven Ureles, DDS | | Dr. Ureles will testify about his large pediatric dental practice and the difficulties families experience obtaining care in Southeast CT |
| Heather Vianney | 7-3 Countryside Lane Middletown, CT 06457 | Ms. Vianney will testify about her inability to obtain regular 6 month check-ups for her 5 year old daughter from the only dental care provider in her area which participates in HUSKY A |

| | | |
|---|---|---|
| Tania Wallace | 42 Chamberlain Road<br>Seymour, CT 06483 | Ms. Wallace will testify about her difficulty getting dental care for her child |
| Shirley Williams | 11 Auburn Street<br>Hartford, CT 06112 | Ms. Williams will testify about her inability to obtain regular appropriate dental care for her four children |
| Alan Wolkoff, DMD | 93 Wedgewood Dr.<br>Waterbury, CT 06705 | Dr. Wolkoff will testify about his experience as a private practitioner in Waterbury with the Medicaid program, closing his practice to new Medicaid patients in 1998 because the Medicaid fees did not cover his costs of providing the care, and his extreme difficulty referring his Medicaid patients for specialty care |