## Attachment D: Defendant's Witness List

### DSS Officials and Employees

1.     Michael P. Starkowski, Commissioner of the
       Department of Social Services
       25 Sigourney Street
       Hartford, CT 06106
       (860) 424-5053

Mr. Starkowski is the former Deputy Commissioner and is the current

Commissioner of the Department of Social Services and will testify as a fact witness

regarding all issues presented in this lawsuit.

2.     David P. Parrella, Director of
       Medical Care Administration
       Department of Social Services
       25 Sigourney Street
       Hartford, CT 06106
       (860) 424-5116

Mr. Parrella is expected to testify both as a fact witness and as an expert regarding

all issues presented in this case, including contractual arrangements with managed care

organizations ("MCOs"), monitoring of MCO compliance, the provision of dental

services by MCOs, federal reporting and oversight of EPSDT requirements, the terms of

the approved waiver, the proposed "carve out" of dental services, initiatives taken to

foster the providers of the services by "safety net" providers, and proposed fee increases

for participating providers.

3.     Rose Ciarcia
       Director of HUSKY Programs
       Department of Social Services
       25 Sigourney Street
       Hartford, CT 06106
       (860) 424-5139

Ms. Ciarcia is expected to testify as a fact witness regarding all aspects of the case including monitoring of MCO compliance with contractual requirements related to dental services, and improvements to the provision of information by DSS and the MCOs concerning the importance of EPSDT services and how to obtain scheduling and transportation assistance.

4.      Donna L. Balaski, D.M.D., Manager in Medical Care Administration
        25 Sigourney Street
        Hartford, CT  06106
        (860) 424-5342

Dr. Balaski is expected to testify as a fact witness in regards to all issues raised in this lawsuit, including steps taken to monitor client ability to access dental services and steps taken to improve access to services.

5.      Kristin Dowty
        25 Sigourney Street
        Hartford, CT  06106

Ms. Dowty is expected to testify as a fact witness regarding monitoring of the MCOs with contractual compliance related to dental services, including steps taken to improve the notices provided by the Department to HUSKY families concerning the availability of EPSDT services, the information provided by the MCOs in their Member Handbooks, and the reminder notices that are sent by the MCOs when a HUSKY child is overdue for a dental screen.

6.      Theresa Rugens
        25 Sigourney Street
        Hartford, CT  06106

Ms. Rugens may testify as a fact witness regarding steps taken to monitor contract compliance with the MCOs.

7.    Hilary Silver
Department of Social Services
25 Sigourney Street
Hartford, CT  06106
(860) 424-5130

Ms. Silver may testify as a fact witness regarding all aspects of the case including

monitoring of MCO compliance with contractual requirements related to dental services

and EPSDT services.

8.    Linda Ferraro, RDH
Department of Public Health
450 Capital Avenue
Hartford, CT  06106
(860) 509-8203

Ms. Ferraro may testify as a fact witness concerning the scope of safety net

facilities and the efforts that the Department of Public Health has taken to encourage the

expansion of such facilities in the State of Connecticut.

9.    Lee Vander Baan
Department of Social Services
25 Sigourney Street
Hartford, CT  06106
(860) 424-5694

Mr. Vander Baan may testify as to the provision of medical transportation for

HUSKY families, including for purposes of EPSDT dental services/

10.    Pat O'Hagan
Department of Social Services
25 Sigourney Street
Hartford, CT  06106
(860)_____

Ms. O'Hagan may testify regarding efforts taken to monitor the capacity of the

two MCOs' provider Networks in 2006 and 2007.

**MCO Officials and Employees**

Blue Care Family Plan

      11.     Scott Markovich
                 Regional Vice President
                 Commonwealth Business

Mr. Markovich of Anthem BlueCare may testify as a fact witness regarding all aspects of Anthem BlueCare's implementation of its responsibilities under its managed care contract with the DSS, including the scope of its provider network, the provision of dental services to its members, information provided to its members, the provision of scheduling and medical transportation assistance, the issuance of reminder notices, and Anthem's policies and procedures regarding the provision of assistance to its members.

      12.     Gail DiGioia
                 Government Relations

Ms. DiGioia of Anthem BlueCare may testify as a fact witness regarding all aspects of BlueCare's implementation of its responsibilities under its managed care contract with the DSS, including the scope of its provider network, the provision of dental services to its members, information provided to its members, the provision of scheduling and medical transportation assistance, the issuance of reminder notices, and Anthem's policies and procedures regarding the provision of assistance to its members.

Community Health Network

      13.     Sylvia Kelly
                 CEO

Ms. Kelly of Community Health Network may testify as a fact witness regarding all aspects of Community Health Network's implementation of its responsibilities under

its managed care contract with the DSS, including the scope of its provider network, the

provision of dental services to its members, information provided to its members, the

provision of scheduling and medical transportation assistance, the issuance of reminder

notices, and Community Health Network's policies and procedures regarding the

provision of assistance to its members.

## HealthNet Northeast

     14.    Elaine Bernier
             Medicaid Compliance

Ms. Bernier of HealthNet Northeast may testify as a fact witness regarding all

aspects of HealthNet's implementation of its responsibilities under its managed care

contract with the DSS, including the scope of its provider network, the provision of

dental services to its members, information provided to its members, the provision of

scheduling and medical transportation assistance, the issuance of reminder notices, and

HealthNet's policies and procedures regarding the provision of assistance to its members.

## WellCare of Connecticut, Inc. / Preferred One

     15.    Robert Diaz
             Director of Regulatory Affairs

Mr. Diaz of WellCare of Connecticut, Inc. / Preferred One may testify as a fact

witness regarding all aspects of WellCare's implementation of its responsibilities under

its managed care contract with the DSS, including the scope of its provider network, the

provision of dental services to its members, information provided to its members, the

provision of scheduling and medical transportation assistance, the issuance of reminder

notices, and WellCare's policies and procedures regarding the provision of assistance to its members.

**Dental Subcontractors**

16.  Lee Sarota, President of
     Benecare
     615 Chestnut Street
     Suite 1001
     Philadelphia, PA  19106-4404
     (215) 440-1018

Mr. Sarota may testify as a fact witness regarding BeneCare's provision of dental services as subcontractor to two MCOs, including the scope of its provider network, its members ability to access dental providers, its reimbursement of dental providers and its provision of EPSDT and related services.

17.  Mark Smiegnocki, Regional Executive
     Director of Doral Dental
     651 Holiday Drive
     Foster Plaza 5, Suite 300
     Pittsburgh, PA  15220-2740

Mr. Smiegnocki may testify as a fact witness regarding Doral Dental's provision of dental services as subcontractor to one MCO, including the scope of its provider network, its members ability to access dental providers, its reimbursement of dental providers and its provision of EPSDT and related services.

18.  Sharon Zelkind, Vice President of
     Healthplex of CT, Inc.
     333 Earle Ovington Blvd.
     Suite 300
     Uniondale, NY 11553

Ms. Zelkind may testify as a fact witness regarding Healthplex's provision of dental services as subcontractor to one MCO, including the scope of its provider network,

its members ability to access dental providers, its reimbursement of dental providers and

its provision of EPSDT and related services.

**Medical Transportation Subcontractors**

19.    Robin Hamilton
        Logisticare Connecticut Operations Director
        8 Fairfield Blvd.
        Wallingford, CT  06492
        (203) 294-4000, ext. 214

Ms. Hamilton of Logisticare  may testify as a fact witness regarding Logisticare's

provision of medical transportation services as a subcontractor to three out of the four

MCOs.

20.    David White, CCTM
        President
        Coordinated Transportation Solutions ("CTS")
        200 Main Street
        Ansonia, CT  06401
        (203) 736-8810, ext. 102

Mr. White of CTS may testify as a fact witness regarding CTS' provision of

medical transportation services as a subcontractor to Community Health Network MCO.

**Others**

21.    Margaret Dickinson
        Project Head
        Mercer Government Human Consulting Services
        3131 E. Camelback Road, Suite 300
        Phoenix, AZ 85016-4536
        (602) 522-6588

Ms. Dickinson of Mercer Consulting may testify regarding the independent

assessment conducted by Mercer related to the production of the "Mystery Shopper

Report" and related to the statutorily-required "External Quality Reviews" of the four

MCOs.

22.   Mark Masselli
       President
      Community Health Centers, Inc.
      635 Main Street
      Middletown, CT 06457
      (860) 347-6971 ext. 3620

Mr. Masselli, President, Community Health Centers, Inc. ("CHC"), may testify

regarding the various "safety net" dental clinics operated by CHC, the methods of

reimbursement provided by the Department of Social Services, the manner in which

appointments are scheduled, and recent expansions and planned future expansions in the

provision of dental services for low-income persons, including HUSKY families.

23.   Michael Meotti
      President
      United Way of Connecticut
      1344 Silas Deane Highway
      Rocky Hill, CT 06067
      (860) 571-7900

Mr. Meotti may testify regarding the assistance provided as a contractor to DSS

that operates the HUSKY Infoline, including assistance provided to HUSKY families in

obtaining dental appointments.