## Attachment F – Defendant's Exhibit List

1. Department of Social Services ("DSS"), Current Federally-Approved 1915(b) Medicaid Waiver for the Operation of Connecticut's HUSKY Medicaid Managed Care Waiver Program, including related state and federal correspondence.

2. Representative Contract between the Department of Social Services and a Medicaid Managed Care Organization (in this case Anthem Blue Cross and Blue Shield) to provide HUSKY covered services to their enrolled members.

3. DSS Dental Service Policy, Medical Service Policy 184 (dental services), 171 (clinic) and 171.3 (dental clinics).

4. DSS Policy Transmittal 2001-07 (March 20, 2001), New EPSDT Periodicity Schedule, as amended by DSS, Policy Transmittal 2006-18 (June 30, 2006) Revised EPSDT Periodicity Schedule.

5. DSS Regulation, §17b-262-693, Requirements for Payment of Public Health Dental Hygenist Services.

6. DSS, EPSDT Periodicity Schedule of Preventive Health Services, revised 6/06.

7. Center for Medicare and Medicaid Services ("CMS"), Instructions for the CMS Form -416: Early and Periodic Screening, Diagnostic and Treatment Report.

8. CMS, Annual EPSDT Participation Report Form CMS – 416 (National), Fiscal Year 2005 (compilation of national data).

9. DSS, Connecticut CMS 416 Reports for Federal Fiscal Years 2005 and 2006.

10. CMS, Annual EPSDT Participation Report, Federal Fiscal Year 2005 (all 50 states individually listed).

11. DSS, Connecticut Law Journal notice dated June 26, 2007, and proposed DSS Regulations, Assistance with Scheduling Early and Periodic Screening, Diagnostic, and Treatment (EPSDT) Services and EPSDT Special Services.

12. Mercer Consulting, Reports to DSS, External Quality Review, Anthem Blue Cross/Blue Shield, Blue Care Family Plan, dated January 30, 2007.

13. Mercer, Report to DSS, External Quality Review, Community Health Network of Connecticut, Inc., January 30, 2007.

14. Mercer, Report to DSS, External Quality Review, Health Net of the Northeast Inc., January 30, 2007

15. Mercer, Report to DSS, External Quality Review, Well Care of Connecticut, Inc., January 30, 2007.

16. Mercer Report to DSS, External Quality Review, Summary Report, March 9, 2007 (summarizing Mercer's findings as to all four MCOs).

17. DSS, Various notices of enrollment freeze by county sent to Health Net on various dates in 2005 and 2006 (several notices grouped as one exhibit).

18. DSS, Two Notices, dated March 6, 2006 and May 1, 2006 sent to Anthem Blue Care regarding enrollment freezes' in various countries related to an insufficient number of enrolled dentists.

19. Mercer, Mystery Shopper Project Report, dated October 25, 2006.

20. DSS, Letters (4) dated November 9, 2006, sent to each of the MCOs requesting corrective action plans related to the findings in the Mystery Shopper Report.

21. Health Net, Mystery Shopper Report, Corrective Action Plan, November 27, 2006.

22. WellCare/Preferred One, Mystery Shopper Report, Corrective Action Plan, as amended through May 7, 2007.

23. Anthem Blue Care, Mystery Shopper Report 2006, Corrective Action Plan, and as subsequently amended.

24. Community Health Network, Mystery, Shopper Report, Corrective Action Plan.

25. DSS, of Monthly Reports from April 24, 2006 to May 16, 2007 comparing enrollment caps and member enrollments.

26. MCOs, Notice sent on behalf of all four MCOs by DSS to all HUSKY families in December 2006 regarding the availability of scheduling assistance.

27. DSS, One time notice sent to all HUSKY families concerning the importance of accessing EPSDT services, and how to request scheduling assistance.

28. DSS, Form 2039, Notice sent to all HUSKY families upon their determination of Medicaid eligibility informing them of the availability of EPSDT services, the recommended periodicity schedule, and the availability of scheduling assistance.

29. DSS, example of Form 1060, Notice sent to all HUSKY families upon their selection of a Medicaid MCO and annually thereafter informing them of the availability of EPSDT services, the recommended periodicity schedule, and the availability of scheduling assistance.

30. Letters (4) from David Parrella to each of the four MCOs, dated May 26, 2006, informing them of specific improvements that are required in their EPSDT policies and practices (content of letters vary somewhat from plan to plan, combined as one exhibit).

31. HealthNet, Member Handbook, Provided by HealthNet to all of its enrolled HUSKY families.

32. HealthNet, Excerpts, Provider Directory (containing internet dental provider directory listings, July 2007).

33. HealthNet, Reminder notice sent by HealthNet based upon the failure of an enrolled HUSKY child to receive a dental service in the recommended periodicity schedule.

34. HealthNet, EPSDT appointment scheduling assistance policies, with related correspondence between DSS and Health (combined as one exhibit).

35. Preferred One, Husky A Member Handbook provided by Preferred One to all enrolled HUSKY families.

36. Excerpts, Preferred One, Provider Directory, containing internet dental provider directory effective July 2007.

37. Preferred One, Reminder notice sent by Preferred One to HUSKY families based upon the failure of an enrolled child to receive covered dental services within the recommended periodicity schedule.

38. Preferred One, Policies and procedures regarding the provision of EPSDT services, including scheduling assistance, with related correspondence between DSS, and Preferred One (combined as one exhibit).

37. Anthem BlueCare, HUSKY A Member Handbook, sent by Anthem Blue Care to all enrolled HUSKY families.

38. Anthem Provider Directory, Containing Internet dental provider directory, effective July 2007.

39. Anthem BlueCare, Reminder notices sent by on behalf of Anthem BlueCare based upon the failure to an enrolled child to receive dental services in the recommended periodicity schedule.

40. Anthem BlueCare, Policies and procedures related to the provision of EPSDT services, including the provision of scheduling assistance, with related correspondence (various documents combined in one exhibit).

41. Community Health Network, Member Handbook, provided by Community Health Network to its enrolled members.

42. Community Health Network, Provider Directory, containing internet dental provider directory effective July 2007.

43. Community Health Network, Reminder notice sent on behalf of Community Health Network based upon the failure of a child to see a dentist in the recommended periodicity schedule.

44. DSS, Correspondence dated May 26, 2006 to CHN, with Attached Response of CHN' dated October 18, 2006. re: the provision of EPSDT services, including scheduling assistance.

45. DSS, Policy Transmittal 2005-27, dated February 2006, Re: Expansion of Dental Providers for Dental FQHC Clinics.

46. DSS, Policy Transmittal 2006-27, Re: Addition of Premolar Teeth Eligible for Dental Sealants.

47. Memo from Lee Voghel to David Parrella, dated May 10, 2007, Re: Dental Loan Forgiveness program Funding, with attachment.

48. DSS, Memo from Lee Voghel to David Parrell, dated July 23, 2006, re: Dental Initiatives – SFY 2007, with attachments.

49. DSS, Access for Baby Care for early Dental Examination and Fluoride Varnish Placement – "ABC Program," Policy Guidelines.

50. DSS, Memo from David Parrell to Michael Starkowski, dated June 5, 2007, Re: Bond Funding and Increased Dental Capacity at the FQHCs.

51. State of Connecticut, Excerpt,, State Budget for 2007-08, showing $20 million in increased funding for dental providers under the Medicaid managed care program.

52. DSS, Contract with United Way of Connecticut, which provides, in part, for United Way to operate the HUSKY Infoline.

53. Expert Report of David Parrella, dated January 9, 2003.

54. United Way, HUSKY INFOLINE, Dental Care Summary, 7/17/2007.

55. Department of Public Health, Oral Health Program, Directory of "Safety Net" Dental Services Providers.

56. E-Mail from Donna Frizzel of EDS to David Parrella of DSS, dated July 20, 2007, reporting on MCO encounter data showing the provision of medical transportation and dental services to HUSKY children on the same day in calendar year 2006.

57. DSS, Oral Health Program, Directory of Safety Net Providers, July, 2007.

**Reservation of Right To Supplement**

The defendant, Commissioner, DSS, reserves the right to supplement his Exhibit List by adding exhibits to this Exhibit List that are produced subsequent to the filing of the pretrial memorandum on July 23, 2007, which are relevant and material to this action. Examples of the types of documents that the defendant anticipates may be produced include amended fee schedules related to the legislative budget increase, amended contracts with the MCOs implementing the increases, documents related to the actual or planned "carve out" of dental services from managed care and related notices to clients, and DSS implementation of transportation assistance, scheduling assistance, reminder notices and related functions that are currently performed by the MCOs. The Department will supplement its Pretrial Memorandum, including its Exhibit List, in a reasonable manner before commencement of trial.

**Reservation of Rights to Offer Rebuttal Exhibits**

The Department reserves the right to offer exhibits that are not on its Exhibit List for purposes of rebuttal.

HB:dh