the requested case management services or failed to provide case management services if they were found to be medically necessary.

52. At the request of DSS, Mercer conducted a survey of the ability of a new HUSKY recipient to obtain a first time appointment from a participating provider that was listed in the MCOs' provider directories. The survey indicated that a significant percentage of calls did not result in an appointment, for reasons that include the fact that the provider was not currently accepting new patients. This problem applied to a number of provider types, including dentists. DSS has taken, and is taking a number of steps to address the problem, which are described below.

53. Wellcare/Preferred One submitted a Corrective Action Plan in Fall of 2006, amended through May 2007, which improved internal monitoring of the accuracy of provider directory information, expanded provider education regarding appointment scheduling requirements, provided information to enrollees in number newsletter and revised HUSKY Member Handbooks regarding the availability of scheduling assistance.

54. Anthem BlueCare and its former dental subcontractor, Wellpoint, submitted a Corrective Action Plan which includes provisions that require Wellpoint to survey a percentage of its participating dentists each month to ensure that they are still participating in the program.

55. HealthNet submitted a Corrective Action Plan in response to the Mystery Shopper Report that included plans for improved internal monitoring of the accuracy of its provider network information, for education of their provider network regarding the contractual appointment scheduling standards, for improvement in appointment

scheduling assistance activities, and retention of 19% additional general practice dentists and 16% additional pediatric dentists in the period January 1, 2005-October 2006, and the commitment to retain additional dentists in 2007 (through its dental subcontractor, Doral).

56. Community HealthNetwork submitted a Corrective Acton Plan that called for monitoring of the accuracy of its provider directory information and revisions and training of its Member Services Department regarding the provision of scheduling assistance for enrollees.

57. The four MCOs jointly issued a one-time notice (mailed on their behalf of DSS) to all HUSKY families in December 2006 which reminded their enrolled members that their member service Departments are available to assist members are in scheduling appointments. The informational notice provided all HUSKY families with the phone number of the Member Service Department where scheduling assistance can be obtained.

58. DSS issued a one-time notice in March 2007 to all HUSKY families reminding them of the time frame in which they should be able to get an appointment upon request, and indicating that it is the responsibility of their HUSKY health plan to assist them in scheduling an appointment if they cannot schedule an appointment on their own. The phone number of each of the plans' Member Services Departments was provided on the notice. The notice further informed HUSKY families that they should call Infoline for additional appointment scheduling assistance if they do not obtain an appointment after calling their health plan.

59. DSS issues a notice, DSS Form 2039, to all HUSKY families when they are initially determined eligible for assistance. The form notice advises families that it is important that their children receive EPSDT services, including a "dental check-up, twice each year beginning at age two," and that they should call their health plan if they need assistance scheduling appointments. Alternatively, the notice advises that they should call Infoline for appointment scheduling assistance if they are not yet enrolled in HUSKY managed care plan. The phone numbers of the plans' Member Service Departments and Infoline are provided in the notice.

60. DSS sends each HUSKY Family DSS Form notice 1060 when the eligible family selects a managed care plan. DSS subsequently sends Form notice 1060 to each HUSKY family annually on its redetermination of the family's eligibility. The form notice informs the family of the identity of their selected health care plan and indicates that they will receive their covered medical and dental care from that plan. The notice further indicates that the selected plan will be sending information about the plan, including a Member Handbook and a Provider Directory, and that it is important that their child receive a full range of medical and dental services under EPSDT, including dental check ups twice per year. The notice further indicates that their selected plan "is required to assist you in obtaining an appointment for your child to see a doctor or dentist" and advises the family to call the provided Member Services Department phone number and to ask for "scheduling assistance" if they need help in scheduling an appointment. The notice also includes a "Fair Hearing Request Form" for the family to request an administrative hearing if they are aggrieved.

61. HUSKY families who apply for Title XIX medical assistance benefits through an oral interview process are verbally informed, by their DSS eligibility worker, of the availability and importance of EPSDT services, and how to access them when they are enrolled in the HUSKY managed care program.

62. Each of the MCOs sends a Welcome Package to each HUSKY family when the family initially enrolls in their health plan. The Welcome Package includes, at a minimum, the Member Handbook and Provider Director of the applicable health care plan.

63. The Member Handbooks of the MCOs vary from plan to plan; however, each of the Handbooks describe the medical services that are available through the plan and state how the member can access services. The Member Handbooks further describe dental services as a covered service, describe EPSDT (including "dental" check-ups, twice each year beginning at age two") as covered services for children, describe medical transportation as a covered benefit and indicate how transportation can be arranged, indicate that the member can make an appointment with a dentist listed in the plans' provider directory by calling the dentist directly, and state that assistance can be obtained from the plan in scheduling an appointment by calling the provided Member Services Department phone number. The Member Handbooks further indicate that EPSDT case management is a covered service when coordination and monitoring of care is medically necessary.

64. The Provider Directories of each of the MCOs list each plan's enrolled providers, by specialty, including dentists, by name, address and phone number.

65. Each of the MCOs is required by DSS, and does in fact, send reminder notices to HUSKY families when an enrolled child has failed to receive dental services (or

17

other EPSDT services) within the recommended EPSDT periodically schedule. Reminder notices are issued based upon actual utilization (failure to utilize) data. The reminder notices vary from plan to plan; however, the notices all state that the child is overdue for a dental checkup, that dental care is important, and that transportation and scheduling assistance is available at provided phone numbers.

66. Each of the MCOs were directed by David Parrella, Director, Medical Care Administration, in May 2006 to revise their policies and practices in manner that will ensure that the MCOs provide scheduling assistance when requested, ensure that the provisions of scheduling assistance results in an actual appointment, ensure the provision of transportation assistance, and ensure that dental screen reminder notices are issued based upon actual utilization of dental services. Each of the MCOs revised their policies and practices accordingly, which amended policies and practices, Member Handbooks, and reminder notices were reviewed and approved by DSS.

67. HUSKY families are fully informed by the foregoing notices and informational materials, issued both by DSS an its contracted MCOs, of the importance of EPSDT services, including dental services, and of the availability of receiving scheduling assistance, transportation assistance, and EPSDT-related case management services. HUSKY families are further fully informed on how such services can be accessed.

68. In accordance with the requirements of federal law, DSS is required to periodically obtain an independent assessment of the extent to which Medicaid managed care organizations comply with federal regulations regarding Medicaid managed care. DSS contracts with Mercer to do the required External Quality Reviews. On March 29, 2007,

Mercer submitted its External Quality Review reports regarding each of the four MCOs' compliance with federal regulations in 2006. With respect to the MCOs' provision of dental services for its members, including children, the only finding noted is that one of the MCOs, Anthem BlueCare, should continue its efforts to recruit dentists.

69. The MCOs submit monthly reports to DSS regarding the providers who participate in their dental networks. DSS monitors the reports closely as evidenced by a monthly memo being sent from Pat O'Hagan of DSS to David Parrella and Rose Ciarcia of DSS summarizing which MCOs are "over-capacity" by provider type and county, whether any enrollment freezes are in effect, whether any warning letter were issued in the month, and what concerns are present with respect to the capacity of each MCO to deliver contracted services.

70. In 2005 and 2006, DSS issued notices of enrollment freeze and/or warning letters to two MCOs, HealthNet and Anthem BlueCare, related to the sufficiency of their dental provider networks in various counties of the state. As a result of the enrollment freezes, the MCO was not allowed to enroll new members in the county until the provider network issues was resolved, therefore limiting the MCOs total per member per month capitated reimbursement.

71. No enrollment freezes are currently in effect (July 2007) related to the adequacy of the MCOs' dental networks. Furthermore, no enrollment freezes have been in effect related to dental at any of the four MCOs in calendar year 2007.

72. HUSKY Infoline reports in a summary of its activities dated July 17, 2007 that it received a significant number of calls requesting assistance in finding a dental

19

provider. In the overwhelming majority of cases (approximately 95% of the time where the issue is locating a provider and not a denial of coverage or some other limitation) the family had no prior contact at all with the health care plan. HUSKY Infoline reports that they resolve theses cases by informing the family of the process for accessing care, and inviting the family to call back if they still have problems.

73. In only a small percentage of the cases had the family has some prior contact with the MCO the extent of the reported contact is unclear, and appears to generally be limited to phone calls to individual providers listed in the provider directory rather than requests for scheduling assistance to the Member Service Departments of the MCOs. HUSKY Infoline was able to assist the family by obtaining an appointment with a dentist in every case where correct contact information had been provided by the family.

74. DSS has contracted with Infoline to provide assistance to recipients of state assistance, including HUSKY families. The assistance provided by Infoline includes assistance in obtaining a dental appointment where a request for scheduling assistance to a MCO did not result in the scheduling of an appointment for a HUSKY child.

75. DSS is operating under policy that has the force of law pursuant to Conn. Gen. Stat. §17b-10, which is in the process of being adopted as regulation, which policy provides that an MCO must provide assistance for HUSKY families in obtaining EPSDT services, including dental services for children, which assistance includes locating needed health care services, scheduling an appointment, and arranging transportation. Said policy/proposed regulation further provides that the client is considered aggrieved if an appointment is not obtained within ten days of making a request for scheduling assistance,

provided that the family first follows prescribed procedures including attempting to schedule an appointment on their own utilizing the provider directory, asking the Member Service Department of the MCO for scheduling assistance, and contacting the HUSKY information line for assistance. The remedies available to the Department under its policy/proposed regulation for a failure of a family to obtain an EPSDT dental appointment upon request include ordering the MCO to provide an appointment with an out-of-network provider at the MCO's expense.

76. In order to expand the capacity of FQHCs to provide Medicaid-funded dental services, DSS amended its dental services policies by Policy Transmittal 2005-27, dated February 2006, to allow FQHCs to provide and to claim Medicaid reimbursement for dental services provided by subcontracted dentists and hygienists at locations other than at the FQHCs, i.e. at the dentist's private office.

77. The Department also expanded the scope of covered dental services by Policy Transmittal 2006-27, January 2007, which makes additional teeth available for reimbursement for sealants applied to children between ages six and sixteen.

78. The Department further expanded the scope of covered oral health services in 2007 for young children, under age three by starting to implement the "ABC Program," which allows primary care providers, including pediatricians, to be reimbursed for providing an oral evaluation, for applying topical fluorides, and for providing education to parents and guardians regarding the importance of oral health care and the importance of seeing a dentist before age three.

80. The State of Connecticut granted more than $25 million in bond funding in 2007 for the expansion/improvement of the physical space utilized by FQHCs for providing medical services to low income individuals. Of that amount, approximately $8 million was utilized by the FQHCs to provide additional dental examination and treatment rooms, including a new dental clinic in Norwalk and significantly expanded dental space at FQHC facilities in other locations

81. At the suggestion of DSS, a private insurer that was going through "de-mutualization" made community service grants to a number of FQHCs to enable the FQHCs to purchase approximately 40 additional, new dental chairs and related equipment, and to replace other older equipment at other facilities The FQHCs estimate that the improvements made by the bond funds and the demutualization grants will enable them to provide approximately 40,000 additional dental visits per year.

82. The State of Connecticut has a large and growing network of "safety net" dental providers located throughout the state. The safety net providers include school-based dental clinics, hospital out-patient clinics, federally qualified health centers and other clinics. These safety net dental providers participate in the Medicaid program, including in the HUSKY health plans operated by the MCOs, and serve many of the children included in the subclass of HUSKY managed care recipients under age 21.

83. Many of the safety net providers provide different, more flexible, forms of appointment scheduling that are more readily kept by HUSKY families. For example, the dental clinics operated by Community Health Center (numerous, in various

parts of the state) offer appointments for not more than three days in advance, with the client able to appear for dental services at any time in a half-day block of time.

84. In addition to receiving negotiated compensation from the HUSKY MCOs, federally qualified health centers also receive additional compensation for services provided to Medicaid recipients (including HUSKY managed care recipients) in the form of "wrap around" payments from DSS that are based upon the health center's historic cost of operation, trended forward.

85. It has been the policy and practice of the State of Connecticut to encourage the expansion of dental safety net providers through the use of grants and bond funds and the additional Medicaid compensation provided to FQHCs.

86. A directory of dental "safety net" providers prepared by the Department of Public Health in May, 2005, lists nineteen FQHC dental clinics in sixteen towns throughout the State. The directory also lists sixteen hospital-based dental clinics in ten towns, and thirty-two school based dental clinics located in seven towns in the state.

87. Since that publication was created, at least one new FQHC dental clinic has opened. Norwalk Smiles operated by Community Health Center opened in July, 2007. Other FQHCS have expanded, or are planning on expanding, their operations at their existing sites due to the recent bond and demutualization grants.

88. An updated directory of dental Safety Net Providers prepared by DSS in July, 2007 includes four additional FQHC dental locations that were not listed on the DPH December 2005 directory (two of which are in towns that were not listed on the DPH directory), notably:

      1.      Community Health Center of Norwalk,
              49 Day Street, Norwalk, CT (860) 388-4433

      2.      Community Health Center of Clinton,
              114 East Main Street, Clinton, CT (203) 639-3500

      3.      Optimus—Stamford Community Health Center
              1351 Washington Avenue, Stamford, CT (203) 380-5283

      4.      Charter Oak Health Center Satellite Facility,
              401 New Britain Avenue, Hartford, CT (860) 808-8712

The 2007 DSS Directory lists twenty-three (23) FQHC dental clinic locations in eighteen towns throughout the state.

89. Particularly since 2006 when DSS took a series of administrative steps designed to improve the MCOs' provision of EPSDT services, the MCOs have complied with their contractual obligation to provide "scheduling assistance," upon request, related to the provision of dental services for children.

90. HUSKY families who request scheduling assistance in order to locate a dental provider and/or to schedule an appointment are provided such assistance, resulting in a dental appointment being made.

91. The MCOs comply with their contractual obligation to provide EPSDT-related dental services for HUSKY children by providing such services for their enrolled HUSKY children upon request.

92. The legislature adopted, and the Governor approved, a budget for SFY'07-'08 which provides an additional $20 million dollars for increased rates to be paid to providers under the Medicaid managed care program.

93. In accordance with the legislative $20 million budget increase, DSS anticipates raising the rates of reimbursement that are paid to participating dentists in the state fiscal year that commenced July 1, 2007. The budget increase will allow rates of reimbursement for covered dental services to approximately double, on average. DSS is in the process of determining how much it can raise rates, taking into account the relative value of each dental service (weighing some more than others), the relative (in)adequacy of the current fee, expected utilization increases, and other pertinent factors, such as the Medicare Upper Limit that applies to selected oral surgery procedures that can be provided by oral surgeons and are covered under the Title XVIII Medicare Program.

94. DSS will implement the contemplated rate increases either by negotiating amendments to its contracts with the MCOs, requiring the MCOs to pass through the additional reimbursement to participating dental providers, or by "carving out" dental services from Medicaid managed care.

95. DSS currently intends to "carve out" dental services from managed care as soon as DSS can feasibly negotiate the required contract amendments with the MCOs (eliminating dental services as a service to be provided by MCOs and reducing their capitated payments accordingly), and as soon as DSS can "gear up" to perform the required administrative tasks itself or through a contracted Administrative Service Organization. The required administrative tasks include recruiting an enhanced provider network under the "carved-out" fee for service program, providing appointment scheduling assistance, transportation assistance, the issuance of informational and reminder notices to clients, and the provision of any necessary EPSDT case management services related to dental.

### Reservation of Right to Supplement

The defendant reserves the right to supplement his Proposed Findings of Fact at a reasonable time prior to the trial of this action to take into account factual developments between the date of filing of this Pretrial memorandum, July 23, 2007, and the date of the commencement of trial. Specifically, the defendant anticipates that upcoming factual developments will include the implementation of increased fee schedules, and the possible "carve out" of dental services from Medicaid management care.

HB:dh