when an individual becomes newly insured for dental services or gains expanded access to care. Crall testimony; SJ Exh F ("AAP report" at "Approach and Methodology," "Dental Cost Estimates"); Hoyer testimony; Hunt testimony.

164. The American Dental Association regularly publishes regional surveys of dentists" charges, including charges in the New England region. Brown testimony.

165. Increasing HUSKY A provider payment rates to between the 70th and 75th percentile of dentists' charges, based on selected commercial plans in Connecticut, and on the New England Regional ADA survey of fees, combined with an increase in children's dental utilization to levels recommended by the American Academy of Pediatric Dentists, will result in estimated increased costs, for the HUSKY A dental program, ranging from approximately 309% to 623% of current program costs depending on the level of pent-up demand. Hunt testimony; Crall testimony, Edelstein testimony.

166. Funding of the children's portion of the defendant's Medicaid dental program would need to increase by over 350% in order to increase the fee schedule to a level that would ensure sufficient provider participation to achieve utilization on par with commercial plan utilization. Hoyer testimony.

167. The aggregate reimbursement rates for procedures listed in the MCOs' and/or their subcontractors' HUSKY A children's and adult standard dental fee schedules, average approximately 30-50% of the aggregate average fees charged by HUSKY A participating providers to their non-Medicaid patients. On a procedure-by-procedure basis, the reimbursement rates for specific procedures listed in the aforementioned HUSKY A dental fee schedules are less than the fees charged by HUSKY A participating providers to their non-Medicaid patients for those same procedures by at least 30% to 200% for children's procedures and by up to at least

400% for adult procedures. Edelstein testimony; Greiner testimony; Munk testimony; Goodman testimony; Exhibits A and B; Pelletier testimony; Googel testimony; Wolkoff testimony; Exhibits 1 and 2; SJ 94; SJ 95.

168. Several safety net providers were presented the MCO fee schedules on a "take-it or leave-it" basis or were rejected when they requested increased fee schedules from the MCOs. Nardello testimony; Dimmock testimony; Hass testimony; Sharp testimony.

169. For one of the HUSKY A dental provider practices that was able to negotiate fees with the MCOs, the average negotiated fees fall short of the practice's standard fees for non-Medicaid patients by approximately 39%. Edelstein testimony; Ureles testimony.

170. DSS is aware that non-FQHC safety net providers and private providers view the MCO fee schedules as inadequate to cover their overhead costs. Parrella testimony; SJ 34.

171. HUSKY A dental fees a) are insufficient to cover dental providers' overhead costs or, b) provide those dental practices with only a bare minimum of margin over their expenses of treating HUSKY A patients. Edelstein testimony; Brown testimony; Munk testimony; Nardello testimony; Goodman testimony; Kohn testimony; Ureles testimony; Pelletier testimony; Googel testimony; Wolkoff testimony; Dimmock testimony; Hass testimony; Sharp testimony.

172. One of the HUSKY A dental subcontractors, providers of dental services, and national experts report that Connecticut dental practices' overhead costs in general average from approximately 55% to 78% of the providers' standard fees. Testimony of : Edelstein, Greiner, Crall, Goodman, Ureles, Wolkoff ; SJ 96.

173. Data from the American Dental Association's *2000 Survey of Dental Practice* indicate that Connecticut dentists had total average private practice costs of about $150.00 per hour in 2000, with approximately 84% of Connecticut practices having total average per-hour

costs of $67.00 or greater. Brown testimony.

174. For the safety net providers who are reimbursed under the HUSKY A MCO fee schedules, the low reimbursement levels are putting their facilities in financial jeopardy. Testimony of: Dimmock, Hass, Sharp.

J. HUSKY A recipients have difficulty obtaining dental care

176. HUSKY A adult recipients and parents and legal guardians of HUSKY A child recipients from wide areas of the state have attested to their difficulties in locating a dental service provider for required preventive services in a timely manner. Testimony of: Bernier; Saunders; Lary; Hernandez; Ramos, Rodriquez, Tucker, Thornton, Poulin, Daly, Sampias; Gaen, Caoutte, Williams, Copeland, Cushing, Imes, Ledesmas, Hagget, Green.

77. HUSKY A adult and parents and legal guardians of HUSKY A child recipients from wide areas of the state have attested to their difficulties in locating a dental service provider for required treatment and specialist services in a timely manner. Testimony of: Bernier; Saunders; Lary; Ramos, Thornton, Poulin, Sampias, McKenna, Phelps, Gaen, Caoutte, Williams, Copeland, Cushing, Imes, Ledesmas, Hagget, Green, testimony.

178. Public health officials, social service providers, safety net dental providers, and private dental service providers in wide areas of the state report a lack of, or scarcity of, participating HUSKY A dental providers in their local communities. Testimony of: Edelstein, Crall, Munk, Nardello, Iton, Goodman, Kohn, Ureles, Pelletier, Knowles, Dimmock, Patel, Hass, Miklos, Farrar. Testa testimony.

179. Public health officials, social service providers, safety net dental providers and private dental service providers, in wide areas of the state report: a) an inability to locate dentists for dental treatment of HUSKY A recipients in a timely manner and the resulting delays in

care/wait lists, and b) the inability of dental providers to treat all HUSKY A persons requesting care in a timely manner and the resulting delays in care/wait lists. Testimony of Edelstein, Crall, Munk, Nardello, Iton, Goodman, Kohn, Ureles, Pelletier, Knowles, Dimmock, Patel, Hass, Miklos, Farrar, Parrella, Testa, Wolkoff.

180. Public health officials, social service providers, safety net dental providers and private dental practitioners, in wide areas of the state report a lack of access to specialists to provide medically necessary dental services to HUSKY A recipients in a timely manner and resulting delays in care/wait lists. Testimony of Crall, Munk, Nardello, Iton, Goodman, Ureles, Pelletier, , Wolkoff, Dimmock, Patel, Hass, Miklos, Testa, Glassman testimony.

181. Safety net dental providers and private dental practitioners report difficulties in referring Medicaid patients to providers in their communities, compared to the ease with which they can refer and obtain care for their non-Medicaid patients. Testimony of Crall, Nardello, Goodman, Kohn, Wolkoff.

182. Providers of specialty care report requests from wide areas of the state from recipients and MCOs trying to secure specialty care for HUSKY A patients. Testimony of Edelstein, Crall, Kohn, Googel, Glassman.

183. Children in Connecticut's custody have difficulty in obtaining dental care in their communities and in a timely manner. Testimony of Edelstein, SJ Exh, A ("Elements" at 4); Larry, Hernandez, Ramos.

K. HUSKY A recipients utilize dental care at rates significantly lower than the non-Medicaid insured population

(i) State Medicaid Director Admission

184. Connecticut's HCFA 416s indicate that less than 30% of Medicaid child recipients

31

get regular preventive dental services and that there is a large portion of children in the Medicaid program that have no dental service during the course of the year. Parrella testimony.

(ii) <u>Utilization rates in HUSKY A</u>

185. The statewide percentage of Medicaid-eligible children in Connecticut receiving preventive dental services in the EPSDT program for Fiscal Year 2002 was 25.37%. J 8; Testimony of Parella, Balaski, Lee.

186. Omitted.

187. At no time from Fiscal Year 1991 through Fiscal Year 2001 has the statewide percentage of children in Connecticut receiving dental treatment services in the EPSDT program ever exceeded 13.54%. SJ 1 at RFA #26; SJ 1 at RFA Doc. 9; Testimony of Parella, Balaski, Lee.

188. The statewide percentage of Medicaid-eligible children in Connecticut receiving dental treatment services in the EPSDT program in Fiscal Year 2002 was 13.71%. SJ 8; Testimony of Parella, Balaski, Lee.

189. Since FFY 1996, the yearly percentage of all "continuously enrolled" HUSKY A children (enrolled in a HUSKY A plan for at least eleven months out of a calendar year) with at least one recorded preventive services dental visit has not exceeded 41%. In Fiscal Years 1999-2000, 2000-2001 and 2001-2002 the percentages were 34%, 35%, and 38% respectively. SJ 82 at 9; SJ 83 at 2-6; SJ 84 at 2-6; SJ 85 at 2-4; SJ 86 at 2-8; SJ 87 at Table I; Testimony of Parella, Balaski, Lee.

190. Since FFY 1996, the yearly percentage of "continuously enrolled" HUSKY A children in the custody of Connecticut's Department of Children and Families with at least one recorded preventive services dental visit has not exceeded 46%. SJ 82 at 10; SJ 83 at 2-7; SJ 84

32

at 2-7; SJ 85 at 2-7; SJ 86 at 2-8, Testimony of Parella, Balaski, Lee.

191. At no time since Fiscal Year1997-1998 has the number of continuously enrolled 3-19 year-old children in the HUSKY A program who have received dental treatment services ever exceeded 23%. In Fiscal Years 1999-2000, 2000-2001 and 2001-2002 the percentages were 20%, 20% and 21%, respectively. SJ 82 at 2-10; SJ 83 at 2-10; SJ 84 at 2-10; SJ 85 at 2-12; SJ 86 at 2-12; SJ 87 at Table I; Testimony of Parella, Balaski, Lee, Nardello.

192. At no time since Fiscal Year1997-1998 has the number of continuously enrolled 3-19 year-old children in the HUSKY A program in the custody Connecticut's Department of Children and Families who have received dental treatment services ever exceeded 23%. SJ 82 at 2-10; SJ 83 at 2-10; SJ 84 at 2-10; SJ 85 at 2-12; SJ 86 at 2-12; Testimony Lee.

193. As reported by DSS to the MMCC, at no time from 1st Quarter 1999 through 4th Quarter 2001 has the statewide percentage of HUSKY A children in Connecticut receiving preventive dental services in the EPSDT program ever exceeded 16 % in a quarter. SJ 1 at RFA # 27; SJ 1 at RFA Doc. 8; SJ 11; Testimony of Parella, Balaski, Lee, Nardello.

194. As reported by DSS to the MMCC, the statewide percentage of HUSKY A children in Connecticut receiving preventive dental services in the EPSDT program for the 1st half of 2002 was 22.0%. SJ 12; Testimony of Parella, Balaski, Lee, Nardello.

195. Omitted.

196. Omitted

197. Omitted

198. Omitted.

199. Commercial utilization rates of dental services are in the range of 60%-80%. Hoyer testimony.

33

(v) <u>Public Reports on Utilization of dental services</u>

201. Omitted.

202. Omitted.

203. Omitted

204. Omitted.

205. HUSKY A clients report having to travel beyond their communities to obtain preventive dental services and dental treatment services. Testimony of: Bernier, Larry, Tucker, Poulin, Sampias, Phelps, Caoutte Williams, Copeland, Maher, Cushing, Hagget, Green, Gaen, testimony.

206. HUSKY A dental providers report patients from other, non-local regions of the state seek dental care in their offices. Testimony of: Crall, Nardello, Goodman, Kohn, Ureles, Googel, Knowles, Dimmock, Glassman.

207. HUSKY A dental providers report requests from the MCOs asking the providers to see patients from outside their county of practice or from farther than twenty miles from their offices. Edelstein testimony; Ureles testimony; Knowles testimony.

208. Omitted.

209. Some families, particularly those in the eastern part of the state, must travel long distances to receive care, and in the worst cases, children and parents experiencing pain have had to wait for care. Lee testimony; SJ 41; SJ 91 at 2; SJ 92 at 3.

210. The Children's Health Council in utilization reports for FFY 1996 through FFY 2002 utilization rates for preventive and treatment services vary across Connecticut's eight counties. SJ 82 at 9; SJ 83 at 2-6; SJ 84 at 2-6; SJ 85 at 2-6; SJ 86 at 2-7; SJ 87 at Table I

L. EPSDT

211. The 80% goal for children's dental screenings and cleanings, incorporated into the MCO Purchase of Services contracts as a performance measure, was based upon the standard set forth in the HCFA State Medicaid manual. Parrella testimony.

212. Omitted.

213. Omitted.

214. Dentists limit the number of Medicaid patients they will see because their practices would fail financially if they accepted all Medicaid patients who presented themselves for treatment due to the Medicaid reimbursement rates. Munk, Googel, Ureles Testimony.

215. A pediatric dentist is a dentist that has spent two or three years in a residency program treating children only. Pediatric dentists treat children using behavior management techniques through non-pharmacologic and pharmacologic methods. Edelstein, Ureles, Crall testimony.

216. Dentists have difficulty referring children with Medicaid to a pediatric dentist in Connecticut because few pediatric dentists in Connecticut accept Medicaid patients. Edelstein testimony.

217. Children on Medicaid are less likely to see a pediatric dentist than children with private insurance due to the limited number of pediatric dentists who accept Medicaid reimbursement. Edelstein testimony.

218. EPSDT is an acronym that means early and periodic screening, diagnostic and treatment program. Crall, Edelstein testimony.

219. EPSDT screenings, which are commonly referred to as "well-child" checkups, include dental screenings, as listed in 42 U.S.C. § 1396d(r)(1)(B); Crall, Edelstein testimony.

220. Under the EPSDT program, Connecticut has adopted a periodicity schedule (or a schedule of periodic examinations, tests and services) that calls for 8 appointments for health screening services in the first year of life, 3 appointments in the second year of life, and a decreasing number of annual appointments as a child becomes older. Edelstein, Crall testimony.

221. Timely screening for dental conditions are critical parts of a child's health care plan. Crall, Edelstein testimony.

### Reservation of Right to Supplement

The plaintiffs reserve the right to supplement their Proposed Findings of Fact at a reasonable time prior to the trial of this action to take into account factual developments between the date of filing of this Pretrial memorandum, July 23, 2007, and the date of the commencement of trial.