## JOINT TRIAL MEMORANDUM ATTACHMENT E:
### PLAINTIFFS' EXHIBIT LIST

1. "Mystery Shopper Project", Mercer Government Human Services Consulting for State of CT Department of Social Services, October 25, 2006 *(report showing percentage of appointments obtained by callers seeking first time services)*

2. "Mystery Shopper Project", Mercer Government Human Services Consulting for State of CT Department of Social Services, PowerPoint Presentation slides, November 2006 *(slide presentation of report above)*

3. "HUSKY A Dental Care: New Directions", January 2006, Connecticut Health Foundation Policy Brief, first in a series *(report describing status of work force, fees, safety net, utilization levels and strategies for improving HUSKY A dental program)*

4. "HUSKY A Dental Care: Financial Strategies", January 2006, Connecticut Health Foundation Policy Brief, second in a series *(current spending and financial strategies to improve access and utilization)*

5. "HUSKY A Dental Care: Avoiding the Repercussions of Poor Dental Care for Children on Medicaid", February 2007, Connecticut Health Foundation Policy Brief, third in a series *(consequences of poor access to dental care and results of other states' efforts to increase fees to increase provider participation*

6. "Cost Effectiveness of Preventive Dental Services", February 23, 2005, Children's Dental Health Project Policy Brief *(health and financial consequences of lack of preventive dental care)*

7. "Connecticut Health Foundation Oral Health Program Initiative" PowerPoint presentation slides, Patricia Baker and Joanna Douglass, BDS, DDS, October 2006 *(current spending, projected costs of fee increases, financial strategies to improve access and utilization, and status of CT children in HUSKY A)*

8. "Early preventive Dental Visits: Effects on Subsequent Utilization and Costs", September 15, 2006, American Academy of Pediatrics Journal *(children with early preventive dental visits more likely to use later preventive services, with lower dentally related costs)*

9. "Medicaid innovators are paving the way for new state changes in dental Medicaid" Fact Sheet, August 2006, Children's Dental Health Project *(innovations in state Medicaid programs)*

10. "Preserving the Financial Safety Net by Protecting Medicaid and SCHIP Dental Benefits", Sept. 2003, Children's Dental Health Project *(preserving dental benefits in Medicaid programs aids in overall health and welfare)*

11. "Keeping Health in Head Start: Lessons Learned from Dental Care", July 2003, Children's Dental Health Project *(meeting children's health needs is central to learning readiness)*

12. "Medicaid Reimbursement—Using Marketplace Principles to Increase Access to Dental Services", 2004, American Dental Association Brief *(using marketplace principles in setting dental fees increases access to care)*

13. "State and Community Models for Improving Access to Dental Care for the Underserved—A White Paper", October 2004, American Dental Association.

14. "Medicaid Reimbursement for Dental Services in Connecticut and Other States", March 3, 2004, Connecticut General Assembly Office of Legislative Research Report, 2004-R-0175 *(describes models for state access and community access reforms to improve access to dental care)*

15. "Dentist Participation in HUSKY", February 23, 2006, Connecticut General Assembly Office of Legislative Research Report, 2006-R-0107 *(reports on dentists participating in HUSKY A over time, and existing provider resources)*

16. "State Funding for Dental Clinics", February 21, 2007, Connecticut General Assembly Office of Legislative Research Report, 2007-R-0184 *(describes dental clinic funding, clinic treatments and overhead)*

17. "Dental Care for Children in HUSKY A: 2005", September 2006, CT Voices for Children *(dental care utilization report)*

18. "Dental Care for Children in HUSKY A, 2005: Methods and Findings", October 2006, CT Voices for Children *(dental care utilization report)*

19. "More Children Receiving Preventive Dental Care in HUSKY Program, but Most Still Do Not Get Preventive Visits", April 13, 2005 News Release CT Voices for Children *(dental care utilization report*

20. "How is the HUSKY A Program Performing?", March 2006, CT Voices for Children *(includes 2004 dental care utilization report)*

21. "Cost of Two Percent Most Expensive HUSKY A Clients by Age Range, 2006 and Dental Utilization 2005-2006", PowerPoint presentation slides DSS to Medicaid Managed Care Council, June 15, 2007 *(dental care utilization report)*

22. "HUSKY A Utilization Reports Presented to the Medicaid Managed Care Council, December 16, 2005" *(dental care utilization report)*

23. "Oral Health Care on the Public Policy Map", Third Quarter 2004 Connecticut Health Foundation News *(describes efforts to improve utilization of dental services)*

24. "Disparities in Access to Pediatric Dental Care", April 5, 2004, Children's Dental Health Project *(analyzes racial, ethnic, economic-based disparities in children's utilization of dental services)*

25. HUSKY A EPSDT Children Net Enrollment Report, July 1, 2007, and previous reports beginning 1995 *(children's enrollment numbers)*

26. HUSKY A Enrollment Growth by Month, July 1, 2007, and previous reports beginning 1995 *(children's enrollment numbers over time)*

27. HUSKY A Net Enrollment Report, July 1, 2007, and previous reports beginning 1995 *(overall enrollment numbers)*

28. Dept. of Health and Human Services Centers for Medicare and Medicaid Services "Guide to Children's Dental Care in Medicaid", October 2004 *(federal government document concerning key clinical aspects of oral health care for children and critical program administration issues)*

29. June 19, 2003 Plaintiffs' Local Rule 56a 1 Statement of Undisputed Material Facts, including 9 page Document Exhibit List *(plaintiffs' summary judgment statement of facts and exhibit list)*

30. 1/30/2007 HealthNet External Quality Review report *(report of external review of managed care organization's performance under contract with DSS)*

31. 1/30/2007 Anthem External Quality Review report *(report of external review of managed care organization's performance under contract with DSS)*

32. 1/30/2007 CHNCT External Quality Review report *(report of external review of managed care organization's performance under contract with DSS)*

33. 1/30/2007 WellCare External Quality Review report *(report of external review of managed care organization's performance under contract with DSS)*

34. HUSKY A Purchase of Service contracts between DSS and BCFP Aug. 1, 2001 through June 30, 2007, incl. appendices and all amendments, and all earlier contracts beginning 1995 *(contracts between DSS and managed care organization governing HUSKY A program)*

35. HUSKY A Purchase of Service contracts between DSS and BCFP Aug. 1, 2001 through June 30, 2007, incl. appendices and all amendments, and all earlier

contracts beginning 1995 *(contracts between DSS and managed care organization governing HUSKY A program)*

36. HUSKY A  Purchase of Service contracts between DSS and HealthNet Aug. 1, 2001 through June 30, 2007, incl. appendices and all amendments, and all earlier contracts beginning 1995 *(contracts between DSS and managed care organization governing HUSKY A program)(including under previous names including PHS)*

37. HUSKY A  Purchase of Service contracts between DSS and CHNCT Aug. 1, 2001 through June 30, 2007, incl. appendices and all amendments, and all earlier contracts beginning 1995 *(contracts between DSS and managed care organization governing HUSKY A program)*

38.  HUSKY A  Purchase of Service contracts between DSS and Wellcare Aug. 1, 2001 through June 30, 2007, incl. appendices and all amendments, and all earlier contracts beginning 1995 *(contracts between DSS and managed care organization governing HUSKY A program)(including previous names including Preferred One, Yale Preferred)*

39.  Department of Social Services (DSS) Quarterly, then Semi-Annual Utilization Reports to the Medicaid Managed Care Council from 1999 to the present *(defendant's dental care utilization reports*

40.  HCFA/CMS 416 Reports for fiscal year 1991 through fiscal year 2006 *(defendant's annual EPSDT utilization reports to overseeing federal agency*

41.  Children's Health Council's, then CT Voices for Children's, annual Dental Care Access and Utilization Reports, 1999 through present *(access and utilization reports by independent organization defendant contracts with to track and analyze data)*

42. Medicaid Managed Care Council Quarterly Reports to the Connecticut General Assembly for the first quarter of 1997 through the fourth quarter of 2006 *(reports of the council which oversees the HUSKY program, to the CT legislature)*

42.  Shelly Gehshan et al.,  National Conference of State Legislatures, Promising Practices Issue Brief, "Increasing Dentists' Participation in Medicaid and SCHIP.", 2001 *(states' experiences with efforts to increase provider participation*

43.  2000-2001 and 1999-2000 Annual Statistics of the Hartford Public Schools Dental Program *(needs assessment and completion reports)*

44.  CT Head Start Managers' Assoc. Oral Health Survey results, 2001 *(statewide results of Head Start programs' ability to access dental care)*

4

45. "Creating Partnerships for Improving Oral Health of Low-Income Children", Journal of Public Health Dentistry, Vol. 60, No. 3, Summer 2000 *(strategies for community partnering to increase dental care access)*

46. Damiano, P, Brown, ER, Johnson, J, Scheetz, J. Access to Dental Care for Medi-Cal Recipients. California Policy Seminar Research Report 1990 *(access and utilization analysis)*

47. US Department of Health and Human Services Health Care Financing Administration, "Dear State Medicaid Director" Letter Re Medicaid Oral Health Services , January 18, 2001 *(guidance from federal oversight agency to states re Medicaid and EPSDT oral health programs)*

48. The Center for Research and Public Policy. <u>Connecticut Medicaid Study</u>. Study commissioned by the Connecticut State Dental Association. New Haven, CT: The Center for Research and Public Policy. January, 1999 *(report of survey of CT dentists' participation in Medicaid)*

49. Crall JJ, Edelstein BL. "Elements of effective action to improve oral health & access to dental care for Connecticut's children & families" Connecticut Health Foundation and Children's Fund of Connecticut, Inc., 2001 *(study of CT oral health status and recommendations for improvements)*

50. Eklund S, Clark S. <u>Evaluation of Changes in Utilization and Services under the Healthy Kids Dental Demonstration Program</u>. Ann Arbor, MI: University of Michigan School of Public Health. February 2001. *(Study and positive results of Michigan's Medicaid dental experimental program)*

51. Eklund S, Clark S. <u>Healthy Kids Dental Demonstration Program: Assessment of the First 12 Months</u>. Ann Arbor, MI: University of Michigan School of Public Health. April, 2002 *(Study and positive results of Michigan's Medicaid dental experimental program)*

52. Edelstein BL, Crall JJ. <u>Pediatric Dental Care in CHIP and Medicaid -- Paying for What Kids Need, Getting Value for State Payments: a Guide for State Policy Makers</u>. Milbank Memorial Fund, New York, NY, 1999

53. American Academy of Pediatrics. AAP-Towers Perrin SCHIP study *(actuarial analysis of and guide for determining costs of comprehensive pediatric dental care in Medicaid using AAP guidelines for care*

54. Crall, JJ. <u>Children's Oral Health Services: Organization and Financing Considerations</u>. Ambulatory Pediatrics, March-April 2002 *(proper financing of children dental programs)*

55.  Centers for Disease Control and Prevention.  Improving Oral Health: Preventing Unnecessary Disease Among All Americans.  Atlanta, Ga: Centers for Disease Control and Prevention; 2001 *(recommendations for preventing oral health disease)*

56.  Dept. of Health and Human Services, US Public Health Service.  Healthy People 2000 Progress Report of Oral Health.  Washington, DC: US Dept. of Health and Human Services; 1995-6 *(data on oral health of nation)*

57.  Vargas, C, Crall, J, Schneider D.  Pediatric dental caries: sociodemographic distribution, NHANES III, 1988-1994. JADA. 1998: 129:1229-1238 *(analysis of national data re oral disease in children)*

58.  Crall, JJ.  A Snapshot of Children's Oral Health: A Picture of Disparity.  In: Mouradian WE, ed.  Children Our Future: Ethics, Health Policy and Medical/Dental Care for Children.  Seattle, Wash: Washington State Dept. of Health; 1999 *(statistics re disparities in incidence of dental disease in children)*

59.  Lave JR, Keane CR, Lin CJ, et al. Impact of a children's health insurance program on newly enrolled children. JAMA.  1998 *(Impact of a children's health insurance program on newly enrolled children)*

60.  U.S. Department of Health and Human Services. Oral Health in America: a Report of the Surgeon General. Rockville, MD: U.S. Department of Health and Human Services, National Institute of Dental and Craniofacial Research, National Institutes of Health, 2000 *(nation's doctor's statement re oral health crisis in US across ages, particularly in low-income and minority populations*

61. Crall, JJ.  "Pediatric oral health performance measurement: current capabilities and future directions." J. Public Health Dent., 1999; 59:136-141 *(limitations and recommendations for oral health performance measurement)*

62.  Spisak S, Holt K, eds. Building Partnerships to Improve Children's Access to Medicaid Oral Health Services: National Conference Proceedings. Arlington VA: National Center for Education in Maternal and Child Health. 1999 *(community efforts to improve oral health care access)*

63.  Office of the Inspector General, US Dept. Of Health and Human Services.  Children's Dental Services under Medicaid: Access and Utilization.  San Francisco, CA: US Dept. Of Health and Human Services; 1996 *(how many kids get services, national data study)*

64.  U.S. General Accounting Office. Oral health: factors contributing to low use of dental services by low-income populations. Washington (DC): The Office.  Sept. 2000 *(US agency report on oral health access and utilization)*

65. U.S. General Accounting Office. Oral health: Dental Disease is a Chronic Problem Among Low-Income Population. Washington (DC): April 2000 *(US agency report on oral health access and utilization)*

66. U.S. General Accounting Office. Medicaid– Stronger Efforts Needed to Ensure Children's Access to Health Screening Services. Washington (DC): July 2001 *(US agency report on oral health access and utilization)*

67. Nainar, SMH, Crall, J. Caries experience in inner-city preschoolers at the time of their initial dental visit. Journal of Dentistry for Children *(analysis of national oral disease data by age and location)*

68. Edelstein, B, Dental Pain in Children: Its Existence and Consequences. Journal of American College of Dentists, Fall 2000 *(consequences of untreated oral disease)*
69. 1. Meadows D. and Edelstein B. An evaluation of the management of dental emergencies by the school nurse. Pediatric Dentistry: 3, 1981 *(a look at school health capabilities)*

70. Crall J., Edelstein B., and Tinanoff N. Relationship of microbiological, social, and environmental variables to caries status in young children. Pediatric Dentistry: 12,1990 *(statistical public health study using national survey data)*

71. Edelstein B., Tinanoff N., O'Sullivan D., and Cottrell D. Comparison of colorimeter and electrode analysis of water fluoride. Pediatric Dentistry: 14, 1992 *(analysis of techniques to fight dental disease)*

72. Edelstein B. "Scientific Inquiry", a new course in evidence-based practice. Pediatric Dentistry, 19: 137-8, 1997 *(evidence-based health practices)*

73. Edelstein B. Evidence based dental care for children and the age one dental visit. Pediatric Annals, 27:569-74,1998 *(evidence-based oral health practices)*

74. Edelstein B. Public policy considerations in adopting a mandatory PGY-1 Year. Journal of Dental Education, 63:644-67, 1999 *(ways to help fight dental disease )*
75. Bailit H, Edelstein B, and Tinanoff N. Public financing of dental care: impact and policy implications. Journal of Dental Education, 63:882-89, 1999 *(effects of investing in public dental care programs)*

76. Edelstein B, Manski RJ, and Moeller JF. Pediatric dental visits during 1996: an analysis of federal Medical Expenditure Panel Survey. Pediatric Dentistry, 22:17-20, 2000 *(statistical analysis of national oral health survey data)*

77. Zavras T, Edelstein B, Vamvakidis T. Health care savings from microbiological caries risk screening of toddlers: a cost estimation model. Journal of Public Health Dentistry 60:182-8, 2000 *(analysis of cost efficiency of early interventions)*

7

78. Edelstein BL. Access to dental care for Head Start enrollees. Journal of Public Health Dentistry 60:221-9, 2000 *(Access to dental care for preschoolers)*

79. Manski RJ, Edelstein BL, Moeller JF. The impact of insurance coverage on children's dental visits and expenditures, 1996. J Am Dent Assoc 132(8):1137-45, 2001 *(statistical analysis of national oral health survey data)*

80. Macek MD, Edelstein BL, Manski RJ. An analysis of dental visits in U.S. children, by category of service and sociodemographic factors, 1996. Pediatr Dent 23(5):383-9, 2001 *(statistical analysis of national oral health survey data)*

81. Edelstein BL, Manski RJ, Moeller JE. Child dental expenditures: 1996. Pediatr Dent. 24(1):11-7, 2002 *(spending on children's dental care)*

82. Edelstein BL. Disparities in oral health and access to care: findings of national surveys. Amb Pediatr, 2(2 Supplement) 2002 *(statistical analysis of national oral health survey data)*

83. Edelstein BL. Public and clinical policy considerations in maximizing children's oral health. Pediatric Clinics of North America 47:1177-89, 2000 *(help to improve children's oral health)*

84. U.S. Department of Health and Human Services., Health Resources and Services Administration, Office of Managed Care; "Opportunities to Use Medicaid in Support of Oral Health Services" by Vernon Smith, December 2000 *(US agency recommendations)*

85. Association of Maternal and Child Health Programs. Putting teeth in children's oral health policy and programs: the state of children's oral health and the role of state Title V Programs. Denver (CO): The Association; 1999 *(US agency oral health related recommendations)*

87. "Children's Oral Health: State Initiatives and Opportunities to Address the Silent Epidemic", Association of State and Territorial Health Officers, Washington DC 2001 *(states' efforts to improve children's oral health)*

88. Dental Access for Minnesota Health Care Programs Beneficiaries: Report to the 2001 Minnesota Legislature, Submitted by the Minnesota Department of Human Services according to the Laws of Minnesota 1999, Chapter 245, Article 4, Section 113 January 15, 2001 *(Minnesota's public health care program status)*

89. The Oral Health Crisis In Massachusetts: Report of the Special Legislative Commission on Oral Health Authorized by Section 42 of Chapter 170 of the Acts of 1997, February, 2000 *(Massachusetts' public health care program crisis)*

90.  North Carolina Institute of Medicine Task Force on Dental Care Access, Report to the North Carolina General Assembly and to the Secretary of the North Carolina Department of Health and Human Services *(North Carolina's public dental health care program)*

92.  Recommendations of the Director of the Ohio Health's Task Force on Access to Dental Care, November 30, 2000 *(Ohio's public dental health care program)*
93.  American Public Human Services Association.  Dental Care for Medicaid-Enrolled Children.  July 2000 *(availability of dental care for Medicaid-covered children)*

94. National Institute of Dental & Craniofacial Research, Strategic Plan to Reduce Racial & Ethnic Health Disparities  (disclosed with report of Dr. Burton Edelstein on May 28, 2002)

95.  National Center for Education in Maternal and Child Health, Policy Brief, May 1998, "The Cost of Caring: Emergency Oral Health Services," by Edelstein, B. *(higher cost of emergency oral health care)*

96. National Center for Education in Maternal and Child Health, Policy Brief, May 1998, "Crisis in Care: The Facts Behind Children's Lack of Access to Medicaid Dental Care," by Edelstein, B. *(reasons for lack of access to dental care)*

97.  Edelstein, B, Editorial, "Talking to Policy Makers About Kids' Oral Health," The Journal of the Southeastern Society of Pediatric Dentistry, 2nd Quarter 2000 *(challenges of policy advocacy around oral health)*

98. ADA, AIM for change: Achieving Improvement in Medicaid, August 2-3, 1999
99.  National Conference of State Legislatures.  The Health Care Workforce in 10 States: Education, Practice and Policy. Spring 2001, Connecticut  *(CT's health care workforce challenges)*

100.  Mofidi, M, Rozier, G, King, R.  Problems with access to dental care for Medicaid-insured children: what caregivers think.  American Journal of Public Health, Jan. 2002 *(journal article)*
101. Mouradian, W, Wehr, E, Crall, J.  Disparities in Children's Oral Health and Access to Dental Care.  JAMA Nov. 22/29, 2000 *(racial, ethnic and economic disparities in access to care)*

102.  Sample Purchasing Specifications for Medicaid Pediatric Dental and Oral Health Services, George Washington University, March 10, 2000 *(recommendations for purchasing services)*

103. Health Care Financing Administration. Health Expenditures by Type of Service and Source of Funds, 1970-1996. As Reported In: Nash K.D. Update of Implications from the 1983 Report on the Future of Dentistry.  Unpublished study

for the American Dental Association, 2000 *(data and analysis of expenditures)*

104.   Brown, L.J. and Lazar, V.  The Economic State of Dentistry: Demand-side Trends.  J Am Dent Assoc (JADA) Dec 1998, vol. 129: 1685-1691 *(statistics re demand)*

105. Manski, R.J., Moeller, J.F. and Maas, W.R.  Dental Services: Use, Expenditures and Sources of Payment, 1987.  J Am Dent Assoc (JADA) April 1999, vol. 130: 500-508 *(review of use, expenditures and sources of payment for dental care)*

106. Manski, R.J., Edelstein, B.L., and Moeller, J.F.  The Impact of Insurance Coverage on Children's Dental Visits and Expenditures, 1996.  J Am Dent Assoc (JADA), Aug. 2001, vol. 132: 1137-1145 *(how insurance coverage affects dental visits)*

107. American Dental Association, Survey Center. Chicago: American Dental Association.
   a. The 1997 Survey of Dental Practice: Characteristics of Dentists in Private Practice and their Patients.
   b. The 1996 Survey of Dental Practice: Characteristics of Dentists in Private Practice and their Patients.
   c. The 1995 Survey of Dental Practice: Characteristics of Dentists in Private Practice and their Patients.
   d. The 1994 Survey of Dental Practice: Characteristics of Dentists in Private Practice and their Patients.
   e. The 1993 Survey of Dental Practice: Characteristics of Dentists in Private Practice and their Patients.
   f. The 1992 Survey of Dental Practice: Patients of Dentists in Private Practice.
   g. The 1991 Survey of Dental Practice: Patients of Dentists in Private Practice.
   *(surveys of dentists' and their patients' characteristics, e.g. appointment length, ages, type of practice)*

108.   U.S. Department of Health and Human Services, Vital and Health Statistics, Series 10,  No. 183, "Dental Services and Oral Health: United States, 1989." *(broad overview of dental services from national survey data)*

109.   Brown, L. J. , Wall, T.P., and Lazar, V.  Trends in Total Caries Experience: Permanent and Primary Teeth. J. Am Dent Assoc (JADA) Feb. 2000, vol. 131: 223-231 *(children generally getting fewer cavities)*

110.   Brown, L. J. , Wall, T..P., and Lazar, V.  Trends in Untreated Caries in Permanent Teeth of Children 6 to 18 Years Old. J. Am Dent Assoc (JADA) Nov. 1999, vol. 130: 1637-1644 *(trends re cavities)*

111. Brown, L. J. , Wall, T.P., and Lazar, V.  Trends in Untreated Caries in Primary Teeth of Children 2 to 10 Years Old.  J. Am Dent Assoc (JADA) Jan. 2000, vol.