131: 93-100 *(trends re cavities)*

112. Wall, T.P., Brown, L.J., and Manski, R.J. The Funding of Dental Services among U.S. Children 2 to 17 Years Old: Recent Trends in Expenditures and Sources of Funding. J Am Dent Assoc (JADA) Apr. 2002, vol. 133: 474-482 *(increase in dental expenditures due to disadvantaged kids receiving unreimbursed dental care)*

113. Barnett, W.S. and Brown, K.C. Dental Health Policy Analysis Series: Issues in Children's Access to Dental Care under Medicaid. Chicago: American Dental Association, Health Policy Resources Center, 2000 *(factors affecting poor access to and utilization of dental services by children on Medicaid)*

114. American Dental Association, Health Policy Resources Center. Future of Dentistry. Chicago: American Dental Association, 2001 *(plan, vision, recommendations for future)*

115. U.S. Census Bureau, Statistical Abstract of the United States, The National Data Book, 1999 (119th Edition). Washington, DC: 1999 *(census income data)*

116. U.S. Census Bureau, Money Income in the United States, Current Population Reports, Consumer Income. Issued September 2000. Washington, DC. *(census income data)*

117. National Association of Dental Plans, 1999 Dental HMO/PPO Industry Profile *(overview of dental HMO/PPO industry)*

118. Santerre, R.E. "The Inequity of Medicaid Reimbursement in the United States," Applied Health Economics and Health Policy 2002:1(1): 1-8 *(inequity in Medicaid reimbursement)*

119. Curriculum vitae of Mary Ellen Haa

120. Student Health Services of Stamford, Inc., Annual Report, Fiscal Year 2001. S*ummary of services of school-based health centers in Stamford, CT*

121. Curriculum vitae of Rexford E. Santerre

122. Adams, E.K. 1994. Effect of increased Medicaid fees on physician participation and enrollee service utilization in Tennessee, 1985-1988. *Inquiry*, 31:173-87. *Periodical article.*

123. Adams, E.K. 2001. Factors affecting physician provision of preventive care to Medicaid children. *Health Care Financing Rev.*, 22:9-26. *Periodical article.*

124. American Academy of Pediatrics. 2001. Medicaid reimbursement survey,

2001. *EPSDT survey.*

125. American Academy of Pediatrics. 2000. Pediatrician participation in Medicaid/SCHIP, 2000. *Organizational survey.*

126. American Dental Association. 2001. Dentistry: health care that works, Medicaid litigation. *Organizational summary.*

127. Baker, L.C., Royalty, A.B. 2000. Medicaid policy, physican behavior, and health care for the low-income population. *J. Hum. Resources,* 35:480-502. *Periodical article.*

128. Brown, L.J. 2002. Issues and options for improving access to dental services among our nation's disadvantaged children. American Dental Association. *Organizational position paper.*

129. Clark, L.W. 1998. The demise of the Boren Amendment: what comes next in the struggle over hospital payment standards under the Medicaid Act? Health Law Digest. *Periodical article.*

130. Cohen, J.W. 1989. Medicaid policy and substitution of hospital outpatient care for physician care. *Health Serv Res,* 23:33-66. *Periodical article.*

131. Cohen, J.W. 1993. Medicaid physician fees and use of physician and hospital services. *Inquiry,* 30:281-91. *Periodical article.*

132. Cohen, J.W., Cunningham, P.J. 1995. Medicaid physician fee levels and children's access to care. *Health Aff,* 14:255-62. *Periodical article.*

133. Cowan, C.A. 2001. National health expenditures, 1999. *Health Care Financing Rev,* 22:77-110. *Periodical article.*

134. Damiani, P.C., Brown, E.R., Johnson, J.D., Scheetz, J.P. 1990. Factors affecting dentist participation in a state Medicaid program. *J Dent Educ,* 54:638-43. *Periodical article.*

135. Fanning, T., de Alteriis, M. 1993. The limits of marginal economic incentives in the Medicaid program: concerns and cautions. *J Health Polit Policy Law,* 18:27-42. *Periodical article.*

136. Feder, J., Levitt, L., O'Brien, E., Rowland, D. 2001. Covering the low-income uninsured: the case for expanding public programs. *Health Aff.* 20:27-39. *Periodical article.*

137. Fossett, J.W., Perloff, J.D., Peterson, J., Kletke, P.R. 1992. Medicaid and access to child health care in Chicago. *J Health Polit Policy Law,* 17:273-98.

*Periodical article.*

138. Fossett, J.W., Perloff, J.D., Peterson, J., Kletke, P.R. 1990. Medicaid in the inner city: the case of maternity care in Chicago. *Milbank Q.* 68:111-41. *Periodical article.*

139. Gabel, J.R., Rice, T.H. 1985. Reducing public expenditures for physician services: the price of paying less. *J Health Polit Policy Law,* 9:595-609. *Periodical article.*

140. Gavin, N.I., Adams, E.K., Herz, E.J., Lannon, C.M., Keyes, L.L., Klein, J.D. 1998. The use of EPSDT and other health care services by children enrolled in Medicaid: the impact of OBRA '89. *Milbank Q.* 76:207-50. *Periodical article.*

141. Gertler, P.J. 1989. Subsidies, quality, and the regulation of nursing homes. *J Public Econ,* 38:33-52. *Periodical article.*

142. Hadley, J. 1979 Physician participation in Medicaid: evidence from California. *Health Serv Res,* 14:266-80. *Periodical article.*

143. Held, P.J., Holahan, J. 1985. Containing Medicaid costs in an era of growing physician supply. *Health Care Financing Rev,* 7:49-60. *Periodical article.*

144. Holahan, J., Rangarajan, S., Schirmer, M. 1999. Medicaid managed care payment method and capitation rates: results of a national survey. Occasional paper nr 26, Washington, D.C.: The Urban Institute. *Organizational paper.*

145. Long, S., Settle, R., Stuart, B. 1986. Reimbursement and access to physicians' services under Medicaid. *J Health Econ,* 5:235-51. *Periodical article.*

146. Margolis, P.A., Cook, R.L., Earp, J.A., Chawla, A.J., Ellwood, M.R., Hill, I.T., Zimmerman, B.L., Wasserman, J. 1991. Factors associated with pediatricians' participation in Medicaid in North Carolina. *J Am Med Assoc,* 267:1942-46. *Periodical article.*

147. Mayer, M.L., Stearns, S.C., Norton, E.C., Rozier, R.G. 2000. The effects of Medicaid expansions and reimbursement increases on dentists' participation. *Inquiry,* 37:33-44. *Periodical article.*

148. Meyer, M.H. 2001. Medicaid reimbursement rates and access to nursing homes: implications for gender, race, and marital status. *Res Aging,* 23:532-51. *Periodical article.*

149. Mitchell, J.B. 1983. Medicaid participation by medical and surgical specialists. *Med Care,* 21:919-38. *Periodical article.*

150. Mitchell, J.B. 1991. Physician participation in Medicaid revisited. *Med Care,* 29:645-53. *Periodical article.*

151. Mitchell, J.B., Schurman, R. 1984. Access to private obstetrics/gynecology services under Medicaid. *Med Care,* 22:1026-37. *Periodical article.*

152. Norton, S. 1999. Recent trends in Medicaid physician fees, 1993-1998. Discussion paper nr 99-12. Washington, D.C.: The Urban Institute. *Organizational paper.*

153. Perloff, J.D., Kletke, P.R., Fossett, J.W., Banks, S. 1997. Medicaid participation among urban primary care physicians. *Med Care,* 35:142-57. *Periodical article.*

154. Perloff, J.D., Kletke, P.R., Neckerman, K.M. 1987. Physicians' decisions to limit Medicaid participation: determinants and policy implications. *J Health Polit Policy Law,* 12:221-35. *Periodical article.*

155. Perloff, J.D., Kletke, P.R., Neckerman, K.M. 1986. Recent trends in pediatrician participation in Medicaid. *Med Care,* 25:749-60. *Periodical article.*

156. Provost, C., Hughes, P. 2000. Medicaid: 35 years of service. *Health Care Financing Rev,* 22:141-74. *Periodical article.*

157. Santerre, R.E., Neun, S.P. 2000. Health economics: theories, insights, and industry studies. Fort Worth: Dryden Pr. *Textbook.*

158. Santerre, R.E. 2002. The inequity of Medicaid reimbursement in the United States. *Applied Health Econ and Health Policy. Periodical article.*

159. Sloan, F.A., Mitchell, J.B., Cromwell, J. 1978. Physician participation in state Medicaid programs. *J Hum Resources,* 8 (Suppl) 211-45. *Periodical article.*

160. Travis, K.M. 1999. Physician payment and prenatal care for heterogeneous patients. *Econ Inquiry,* 37:86-102. *Periodical article.*

161. Venezie, R.D., Vann, W.F. 1993. Pediatric dentists' participation in the North Carolina Medicaid program. *Pediatr Dent,* 15:175-81. *Periodical article.*

162. Wiener, J.M., Stevenson, D.G. 1998. Repeal of the "Boren Amendment": implications for quality of care in nursing homes. In New Federalism: Issues and Options for States. Washington, D.C.: Urban Institute. NrA-30. *Organizational paper.*

163. Yudkowsky, B.K., Cartland, J.D., Flint, S.S. 1990. Pediatrician participation in Medicaid: 1978 to 1989. *Pediatrics,* 85:567-77. *Periodical article.*

164. Curriculum vitae of Steven D. Ureles

165. 2002 dental fee schedule of Children's Dental Associates of New London County. *Dental practice fee schedule.*

166. 2002 patient extract, Children's Dental Associates of New London County

167. Curriculum vitae of Bertrand Pelletier

168. Sasser, "Northeast District Department of Health Oral Health Needs Assessment Report," Northeast District Department of Health, Aug. 1, 1999. *Survey of oral health needs for residents of northeast Connecticut.*

169. Andrews, "Health Resource Capacity Assessment for Putnam, Connecticut," Connecticut Health Policy Project, pp. 10, 23. *Survey of oral health planning initiatives for Putnam, Connecticut.*

170. Northeast Oral Health Initiative, "Quiet Corner Opens-Wide to Speak Out, Local Health Professionals Concerned About Access to Dental Care in NE CT," Fall 2000. *Oral health newsletter.*

171. Curriculum vitae of Robin Knowles

172. Silver Lane School Based Health Center Dental Program Annual Report, Sept. 2000-June 2001. *Description of dental services provided to students.*

173. Dental Hygienist Administrative Meeting notes, June 11, 2001. Notes of informational meeting for dental hygienists held at Anthem Blue Care.

174. Curriculum vitae of Michael S. Goodman

175. Dental procedure and fee schedule for M.S. Goodman, DDS, J.A. Cosgrove DMD. *Dental practice fee schedule.*

176. University of Connecticut Health Center, School of Dental Medicine, "Pediatric Oral Health Pilot Program," Sept. 10, 2001. *University oral health care pilot description.*

177. University of Connecticut School of Dental Medicine, Job description – Care Coordinator, Greater Hartford Area, Pediatric Dentistry Pilot Project (draft). *University oral health care pilot position description.*

178. Dental Management System Pilot Project, Practice of Michael S. Goodman, DDS, PC, Data Summary (Nov. 2001). *University oral health care pilot enrollment statistics.*

179. Dental Management System Pilot Project, Practice of Michael S. Goodman, DDS, PC, Data Summary (Dec. 2001). *University oral health care pilot enrollment statistics.*

180. Dental Management System Pilot Project, Practice of Michael S. Goodman, DDS, PC, Quarterly Data Summary (Jan. 1, 2002-March 31, 2002). *University oral health care pilot enrollment statistics.*

181. Curriculum vitae of Donald W. Kohn

182. Application to the Connecticut Health Foundation, New Haven Oral Health Coalition. *Funding application to foundation for dental service delivery.*

183. Adult and pediatric dental procedure list, Yale-New Haven Hospital. *Dental practice fee schedule.*

184. Dental Service Monthly Report, Yale-New Haven Hospital, Sept. 2001. *Hospital oral health care service delivery statistics.*

185. Curriculum vitae of Peter Milgrom

186. Council on Clinical Affairs, Clinical Guideline on Periodicity of Examination, Preventive Dental Services, Anticipatory Guidance and Oral Treatment for Children. *Professional treatment guidelines.*

187. ABCD Programs, Analysis of Year 2000 Medicaid Data. *Dental service delivery statistical report.*

188. Grembowski D., Andersen R., Chen M., A Public Health Model of the Dental Care Process. *Medical Care Review* 1989; 46:4: 439-496. *Periodical article.*

189. Milgrom P, Hujoel P, Grembowski D, Ward JM. Making Medicaid Child Dental Services Work: A Partnership in Washington State. *Journal of the American Dental Association* 1997;128:1440–1446. *Periodical article.*

190. Milgrom P, Mancl, L, King,B, Weinstein P, Wells N, Jeffcott, E. An explanatory model of the dental care utilization of low-income children. *Medical Care* 1998 Apr; 36(4): 554–566. *Periodical article.*

191. Milgrom P, Riedy C. Survey of Medicaid child dental services in Washington state: preparation for a marketing program. *Journal of the American Dental Association* 1998;129:753–763. *Periodical article.*

192. Lam M, Riedy CA, Milgrom P. Improving access for Medicaid-insured children: focus on front office personnel. *Journal of the American Dental Association.*

1999;130:365–373. *Periodical article.*

193. Milgrom P, Hujoel P, Grembowski D, Fong R. A community strategy for Medicaid child dental services. *Public Health Reports* 1999 Nov-Dec;114(6):528–32. *Periodical article.*

194. Milgrom P. and Weinstein P. Early Childhood Caries: A Team Approach to Prevention and Treatment. Seattle: University of Washington, 1999. *Report.*

195. Grembowski D, Milgrom P. Increasing access to dental care among Medicaid preschool children: The access to baby and child dentistry (ABCD) program. *Public Health Rep.* 2000 Sep-Oct;115(5):448–59. *Periodical article.*
196. Milgrom P. Tooth decay in our poorest children: what can we do? *Journal Indiana Dental Association* 2000–2001 Winter;79(2):24–26. *Periodical article.*

197. McNabb K, Milgrom P, Grembowski D. Dentist Participation In A Public-Private Partnership To Increase Access For Children From Low Income Families. *ASDC J Dent Child.* 2000 Nov-Dec;67(6):418–21, 375. *Periodical article.*

198. Skaret E, Milgrom P, Raadal M, Grembowski D. Factors influencing whether low-income mothers in the U.S. have a usual source of dental care. ASDC *J Dent Child* 2001 Mar-Apr;68(2):136-9, 142. *Periodical article.*

199. Kaakko T, Skaret E, Getz T, Hujoel P, Grembowski D, Moore C S, Milgrom P. An ABCD program to increase access to dental care for children enrolled in Medicaid in a rural county, *J Public Health Dent.*, Vol. 62, No. 1, Winter 2002. *Periodical article.*

200. Nagahama SI, Fuhriman S, Moore CS, Milgrom P. Evaluation of a dental society based ABCD program in Washington State. (*J Am Dent Assoc)* (in press). *Periodical article.*
201.
202. Starfield, B.. Evaluating the State Children's Health Insurance Program: Critical Considerations. *Annu. Rev. Public Health,* 2000: 21: 569-585. *Periodical article.*

203. Center for Health and Health Care in Schools, Children's Dental Health Needs and School-Based Services: A Fact Sheet. *Association dental delivery fact sheet.*

204. American Academy of Pediatric Dentistry, Press Release, "Appropriate Timing of Dental Services and Preventive Dentistry Essential to the Optimal Oral Health of Children." *Pediatric dentistry associational press release.*

205. New York State Dental Association, Journal Archives, "Ten Oral Health Strategies to Keep Kids Pain-Free and Problem-Free Throughout Childhood,"

Aug. 2001. *Periodical article.*

206. Curriculum vitae of Donald G. Greiner

207. Office fee schedule, Pediatric Dentistry. Pediatric fee schedule, Donald G. Greiner, DDS, New Britain, Connecticut.

208. Fee schedule, Pediatric Dentistry, Dental Benefit Providers – Blue Care Family Plan. *Pediatric fee schedule, Donald G. Greiner, DDS, New Britain, Connecticut.*

209. Fee schedule, Pediatric Dentistry, EDS – Title 19 – Child Fees. Pediatric fee schedule, Donald G. Greiner, DDS, New Britain, Connecticut.

210. Tunxis Community College, New Britain Schools Dental Program 2001. *Description of public school dental hygiene program.*

211. Resume of Robert Hoyer

212. Hoyer Actuarial Litigation, LLC, Analysis of the Effectiveness of the Connecticut Medicaid Program with Respect to Dental Services, May 17, 2002 and March 20, 2003 addendum. *Actuarial analysis of Connecticut Medicaid managed care dental service delivery systems.*

213. Lewin-VHI, Inc., Capitation Rate-Setting Methodology, Connecticut's Medicaid Managed Care Program, Oct. 3, 1994. Description of development of managed care capitation rate-setting methodology for Connecticut Medicaid program.

214. Lewin-VHI, Derivation of 1996 Capitation Rates, Connecticut Access Program, Jan. 29, 1996. Description of development of managed care capitation rate-setting methodology for Connecticut Medicaid program.

215. Doral Dental Services of Connecticut, Inc., Schedule of Allowable Fees Children, Dec. 6, 2001. *Connecticut Medicaid managed care subcontractor pediatric dental fee schedule.*

216. William M. Mercer, Inc., State of Connecticut, Cost Effectiveness – Chapter C 1915(b), Retrospective Waiver Application, Mar. 23, 2000, attached to Mar. 23, 2000 letter from Maria Dominiak to David Parrella. *Medicaid managed care waiver application to federal agency, evaluation of cost effectiveness.*

217. Jan. 18, 2001 letter from Timothy Westmoreland, Director, HCFA, to State Medicaid Directors. *Directive describing guidelines for children's access to Medicaid dental services.*

218. EPSDT cost estimates, attached to October 18, 1999 letter of Steven P. Schramm to Jim Gaito. William M. Mercer, Inc. responses to HCFA questions regarding

18

Connecticut Medicaid managed care waiver application.

219. Oct. 20, 1999 memorandum from Jim Linnane to David Parrella, regarding Mercer Analysis of Cost of EPSDT. *Assessment of Mercer analysis of EPSDT cost data.*

220. Amended Responses to HCFA Questions on Waiver and CSHCN, Apr. 11, 2000, attached to Apr. 11, 2000 letter of David Parrella to Mike Fiore. *Amended responses to HCFA questions regarding Connecticut Medicaid managed care waiver application.*

221. Electronic Data Systems Corp., Medical Assistance Program Provider Notification/DSS Policy Transmittal 2001-16, Dec. 2001, to Dentists, Dental Clinics and Managed Care Organizations, regarding Re-Issue of Dental Fee Schedule. *DSS program transmittal referencing Medicaid fee-for-service dental fee schedule.*

222. The Lewin Group, Retrospective Evaluation of Cost Effectiveness of the Connecticut Access 1915(b) Waiver from October 1, 1995 – September 30, 1997, prepared for DSS Nov. 5, 1997. *Assessment of savings accrued under Connecticut Medicaid managed care.*

223. Medicaid Rate History. Chart showing Connecticut Medicaid capitation rates as a percentage of upper payment limit, from Aug.-Dec. 1995 to Jan. 31, 1999.

224. Medicaid Rate History. Chart showing Connecticut Medicaid capitation rates as a percentage of upper payment limit, from Aug.-Dec. 1995 to Oct. 30, 1998.

225. Medicaid Rate History. Chart showing Connecticut Medicaid capitation rates as a percentage of upper payment limit, from Aug.-Dec. 1995 to June 30, 2001.

226. PHS Pricing Analysis Based on MD Health Plan (PHS) County Sort 1/198-3/31/99 and Based on Preferred One County Sort 1/1/98-3/31/99 (BeneCare Dental Plans Feb. 12, 2001). *Connecticut Medicaid managed care dental pricing analysis.*

227. Connecticut Husky Fee Comparison to BeneCare Commercial Submissions, Percentile Distribution of 2001 Fees Submitted by all Treating Dentists Under a Large BeneCare Commercial Client in Connecticut. *Connecticut Medicaid managed care dental pricing analysis according to procedure code and percentile rate.*

228. Schedule 4.1, Dental Practice Association of Connecticut, Husky A Dental Program, Preferred One, Standard Allowance Schedules Effective 10/1/97. *Medicaid managed care dental fee schedule.*

229. Schedule 4.1, Dental Practice Association of Connecticut/BeneCare, Husky A Dental Program, Preferred One, Community Health Network of Connecticut, Inc., Standard Allowance Schedules Effective 9/1/00. *Medicaid managed care dental fee schedule.*

230. BlueCare Family Plan, Pediatric Dental Fee Schedule, Under Age 21 Only. *Medicaid managed care dental fee schedule.*

231. Capitated Services. Medicaid managed care dental procedure codes.

232. Sept. 17, 1999 letter of Sarah Erlick to David Parrella, regarding HCFA questions on 1915 waiver. William M. Mercer, Inc. responses to HCFA questions regarding Connecticut Medicaid managed care waiver application.

233. Husky A 1915(b) Waiver Renewal Cost Effectiveness Documents, Apr. 6, 2000. Supporting documents regarding William M. Mercer, Inc. actuarial assessment of Connecticut Medicaid managed care waiver application.

234. The Lewin Group, Derivation of 1998 Upper Payment Limits: Connecticut Access, submitted to DSS, Dec. 9, 1997. *Assessment of cost effectiveness of Connecticut Medicaid managed care program.*

235. Jan. 27, 1995 letter of Patricia Giardi to Rita Johnson, transmitting 1915(b) waiver application to federal agency. *Connecticut Medicaid managed care waiver application.*

236. Attachment 1, Enrollment Phase-In Projection. Connecticut Medicaid managed care waiver projections of enrollment.

237. DSS Responses to Public Comments on Medicaid Managed Care Waiver. *Agency responses to public comments on initial waiver application*

238. Resume of Peter Munk
239. Aetna Dental PPO Fee Schedule. Commercial insurance dental fee schedule per procedure.
240. Guardian DentalGuard Preferred Fee Schedule. Commercial insurance dental fee schedule per procedure.
241. Cigna Dental PPO Fee Schedule. Commercial insurance dental fee schedule per procedure.
242. Wall TP, Brown LJ. Recent trends in dental visits and private dental insurance, 1989 and 1999. J Amer Dent Assoc 134:621-627, May 2003. *periodical article*
243. House DK. Fry CL, Brown LJ. The Economic Impact o f Dentists. J Amer Dent Assoc 135:347-352, 2004. *periodical article*
244. Wall TP, Brown LJ. Dental Visits Among Hispanics in the United States, 1999. J Amer Dent Assoc 135:1011-1017, 2004 *periodical article*
245. Coulter I, Freed JR, Marcus M, Der-Martirosian C, Guzman-Becerra N, Guay