AH, Brown LJ. Self-reported satisfaction of enrollees in capitated and fee-for-service dental benefit plans. J Amer Dent Assoc 135:1458-1466, 2004. *periodical article*

246. Coulter I, Freed JR, Marcus M, Der-Martirosian C, Guzman-Becerra N, Brown LJ, Guay AH. Self-reported oral health of enrollees in capitated and fee-for-service dental benefit plans. J Amer Dent Assoc 135:1606-1615, 2004. *periodical article*

247. Sekiguchi E, Guay AH, Brown LJ, Spangler TJ, Jr. Improving the oral health of Alaska Natives. Am J Public Health 95:769-773, 2005. *periodical article*

248. Brown LJ, Wagner KS, Mikkelsen MA, Munson BA. A look at allied dental education in the United States. J Amer Dent Assoc, 136:797-804, 2005. *periodical article*

249. Brown LJ, Guay AH, House DR. The impact of concentration in dental insurance markets on dental reimbursement in Minnesota. Northwest Dentistry, 84:13-20, 2005. *periodical article*

Brown LJ, Meskin LH. Issues facing dental education and how to address them. Calif Dent Assoc, 33(10):781-786, 2005. *periodical article*

250. Bailit HL, Beazoglou TJ, Formicola AJ, Tedesco L, Brown LJ, Weaver RG. U.S. State-supported dental schools: financial projections and implications. J Dent Educ 70(3):246-257, 2006. *periodical article*

251. Brown LJ. Demographic profile of the dentist workforce, Sullivan-Schein Dental Newsletter, Mar, 2006.

252. Brown LJ, Guay AH, House DR. Rhode Island dentists paying the price: The impact of concentration in dental insurance markets on dental reimbursement in Rhode Island, Rhode Island Dental Association, Newsletter, August, 2006. *periodical article*

253. Wall TP, Brown LJ. The urban and rural distribution of dentists, 2000. J Amer Dent Assoc, 138:1003-1011, 2007. *periodical article*

254. American Dental Association, Health Policy Resources Center. *2001 American Dental Association Dental Workforce Model: 1999-2020: Dental Health Policy Analysis Series.* Series Editors: Brown LJ and Lazar V. Chicago: American Dental Association, Health Policy Resources Center; 2002. *periodical article*

255. Coulter ID, Maida CA, Belloso R, Freed J, Petters K, Marcus M. *Medicaid and dental care for children: a review of the literature: Dental Health Policy Analysis Series.* Series Editors: Brown LJ and Lazar V. Chicago: American Dental Association, Health Policy Resources Center; 2003. *periodical article*

256. Brown LJ, Meskin, LH. Editors. *The Economics of Dental Education.* Chicago: American Dental Association, Health Policy Resources Center; 2004. *periodical*

*article*

257. Brown LJ, Meskin LH. Executive Summary. In: *The Economic of Dental Education.* Editors: Brown LJ and Meskin LH. Chicago: American Dental Association, Health Policy Resources Center; 2004. *periodical article*

258. Meskin LH, Brown LJ. Introduction. In: *The Economic of Dental Education.* Editors: Brown LJ and Meskin LH. Chicago: American Dental Association, Health Policy Resources Center; 2004. *periodical article*

259. Nash, KD, Brown LJ. Rate of return from a career as dental faculty. In: *The Economic of Dental Education.* Editors: Brown LJ and Meskin LH. Chicago: American Dental Association, Health Policy Resources Center; 2004. *periodical article*

260. Beazoglou T, Brown LJ, Lazar, V. Cost analysis of dental education. In: *The Economic of Dental Education.* Editors: Brown LJ and Meskin LH. Chicago: American Dental Association, Health Policy Resources Center; 2004. *periodical article*

261. Brown LJ. Regional issues in dental education and workforce distribution. In: *The Economic of Dental Education.* Editors: Brown LJ and Meskin LH. Chicago: American Dental Association, Health Policy Resources Center; 2004. *periodical article*

262. Brown LJ. *Adequacy of the Current and Future Dental Workforce*. Chicago: American Dental Association, Health Policy Resources Center, 2005. *periodical article*

263. Brown LJ. *Adequacy of the Current and Future Dental Workforce, Theory and Analysis.* Chicago: American Dental Association, Health Policy Resources Center, 2005. *periodical article*

264. Kaakko T, Skaret E, Getz T, Hujoel P, Grembowski D, Moore C S, Milgrom P. An ABCD program to increase access to dental care for children enrolled in Medicaid in a rural county. *J Public Health Dent* 2002;62(1):45–50. *periodical article*

265. Nagahama SI, Fuhriman SE, Moore CS, Milgrom P. Evaluation of a dental society based ABCD program in Washington state. *J Am Dent Assoc* 2002 Sep;133(9):1251–1257 *periodical article*

266. Nagahama SI, McNabb K, Vanderlinde M, Cobb K, Moore CS, Milgrom P, Coldwell SE. Improving utilization of preventive dental services by Medicaid-enrolled children: focus on the parents. *ASDC J Dent Child.* 2002 Sep-Dec;69(3):325-31, 236. *periodical article*

267. Milgrom P, Garcia RI, Ismail A, Katz RV, Weintraub JA. Improving America's access to care: The National Institute of Dental and Craniofacial Research addresses oral health disparities. J Am Dent Assoc. 2004 Oct;135(10):1389-96. *periodical article*

268. Kobayashi M, Chi D, Coldwell SE, Domoto P, Milgrom P. The effectiveness and estimated costs of the access to baby and child dentistry program in Washington State. J Am Dent Assoc 2005;136(9):1257-63. *periodical article*

269. King GJ, Hall CV, Milgrom P, Grembowski DE. Early orthodontic treatment as a means to increase access for children enrolled in Medicaid in Washington State. J Am Dent Assoc 2006;137:86-94. *periodical article*

270. Patrick DL, Lee RS, Nucci M, Grembowski D, Jolles CZ, Milgrom P. Reducing oral health disparities: a focus on social and cultural determinants. BMC Oral Health. 2006 June 15;6 Suppl 1:S4. *periodical article*

271. Edelstein BL. Working with policymakers to improve oral health. Prepared for the Center for Health Care Strategies Purchasing institute on Best Practices for Oral Health. Princeton, NJ 2005. *periodical article*

272. Published on www.cdhp.org website
a. Edelstein BL. Early Childhood Caries (ECC) trends upward, 2005 *(policy/news brief)*

b. Edelstein BL. Special Medicaid report: Does flexibility spell loss of dental benefits?, 2005 *(policy/news brief)*

c. Edelstein BL. Special Medicaid report: Protecting Kids' Dental Benefits in Medicaid, 2005 *(policy/news brief)*
d. Edelstein BL. Special Medicaid report: Policy Shifts in Medicaid program for children, 2005. *(policy/news brief)*
e. Sinclair S, Edelstein B. Cost effectiveness of preventive dental services, 2005. *(policy/news brief)*
f. Booth M, Edelstein BL. Medicaid Flexibility in the Deficit Reduction Act of 2005: What Does it Mean for Children's Oral Health, 2005 *(policy/news brief)*

g. Booth M, Edelstein BL. Deficit Reduction Act of 2005: What Does It Mean for Children's Dentists? , 2005 *(policy/news brief)*

h. Booth M, Edelstein BL. Implications for Children's Dental Medicaid Policy in the Deficit Reduction Act of 2005 *(policy/news brief) (policy/news brief)*

i. Booth M, Edelstein BL. New Federal Study Confirms Ongoing Disparities in Children's Oral Health and Dental Care (with J. Kleinman), 2006. *(policy/news*

*brief)*

    j. Booth M, Edelstein BL. SCHIP Coverage Critical to Dental Access According to New Study, 2006 *(policy/news brief)*
    k. Booth M, Edelstein BL. CDHP Legislative Alert: Final Actions of the 109th Congress, 2006 *(policy/news brief)*
    l. Booth M, Edelstein BL. New Study Ties Children that Lack Dental Coverage to Significant Unmet Needs, 2006
    m. Booth M, Edelstein BL. SCHIP: A Decade of Optional Dental Coverage for Kids, 2006 *(policy/news brief)*
    n. Booth M, Edelstein BL. What New CMS Guidance on DRA Means to Children's Dental Care, 2006 *(policy/news brief)*
    o. Booth M, Edelstein BL. Medicaid innovators are paving the way for new state changes in dental Medicaid, 2006 *(policy/news brief)*
    p. Booth M, Edelstein BL. Keeping up with Medicaid Changes in the states: A Guide for Child Oral Health Advocates, 2006 *(policy/news brief)*
    q. Booth M, Edelstein BL. CDC study finds dental health among young children worsening, 2007. *(policy/news brief)*
    r. Booth M, Edelstein BL. 2007 Ushers in a new Federal Appeals Court ruling on EPSDT, 2007. *(policy/news brief)*

273. DSS Medical Assistance Policy Fee Schedule, Dental Services, 9-1-03

274. "HUSKY Dental Supply Map", Edelstein Exhibit G attached to Plaintiffs' Summary Judgment Motion Affidavit #1 of Burton Edelstein
275. Safety Net Providers—A Report to the Public Health Committee of the Medicaid Managed Care Council, January 1998

276. Defendant's Responses to Plaintiffs' First Request for Admissions and accompanying documents admitted by the defendant as genuine. (February 7, 2003)
277. RFA Doc 7d ("CHC 1997 Eval")

278. RFA Doc. 5a ("CHC 2002 Eval")

279. Connecticut Medicaid State Plan, Section 3.1, Attachment 3.1-A and supplements, Amount, Duration and Scope of Services to Categorically Needy Group(s)

280. Connecticut Medicaid State Plan, Section 3.1, Attachment 3.1-A and supplements, Amount, Duration and Scope of Services to Categorically Needy Group(s)

281. HealthTrack/EPSDT Periodicity Schedule of Preventive Health Screenings (revised 06/97)

282. Letter agreement between CHNCT and BeneCare (8/28/00) - Carolan Deposition Exhibit 11.

283. "Dental Care Services Agreement Between Yale Preferred Health, Inc. and Dental Practice Association of Connecticut, Inc. Trading as BeneCare," (Effective July 1, 1995) - received from Defendant in response to RFP #1

284. "Renewal Agreement" (July 1, 1997) - Carolan Deposition Exhibit 4

285. "Amendment to Dental Care Services Agreement"(Effective February 1, 1999) - received from Defendant in response to RFP #1

286. Letter from Joan Morgan, First choice/Preferred One to Patricia Sulik, DSS with attached amendment, hereinafter (June 21, 2001) - produced by Patricia Sulik of DSS at deposition pursuant to subpoena

287. Letter from David Parrella to Marie Roberto, Ph.D. of the Department of Public Health (January 10, 1997) - received from Defendant in response to RFP #1
288. Memorandum from David Parrella to then Commissioner of DSS, Joyce Thomas (June 12, 1997) - received from Defendant in response to RFP #1
289. "Great Truths About Dentistry and Medicaid in Connecticut" (October 27, 1998) - Parrella Deposition Exhibit 22
290. "Great Truths About Dentistry and Medicaid," presented by David Parrella to the Connecticut State Dental Association) (April 28, 1999)
291. Response to American Public Human Services Association survey (survey: April 1999, response: undated) - received from Defendant in response to RFP #1
292. "Testimony before the Public Health Committee" at heading "HB 5653, AAC Access to Dental Care" (March 9, 2000)
293. "Testimony before the Public Health, Human Services and Insurance and Real Estate Committees - Joint Informational Public Hearing on then Accountability of Managed Care Subcontractors" (April 15, 2002) - produced by David Parrella at deposition pursuant to subpoena.

294. "Testimony before the Appropriations and Human Services Committee, Medicaid Managed Care Waiver Application" (May 5, 1999)

295. Electronic mail from Martha Okafor to David Parrella (May 9, 2001), produced by Martha Okafor at deposition in response to subpoena

296. "HEALTH RESOURCES AND SERVICES ADMINISTRATION (HRSA), Maternal and Child Health Services Set-Aside Program, COMMUNITY INTEGRATED SERVICE SYSTEMS (CISS) COMMUNITY ORGANIZATION GRANT, CONNECTICUT COMMUNITY ORAL HEALTH SYSTEMS DEVELOPMENT PROJECT" (1998)

297. CT Children's Health Project ("CCHP") Quarterly Reports (January 1996 -

December 2002)

298. Transcript of testimony of Patricia Wilson-Coker before Human Services Committee on S.B. 212 and S.B, 175 (February 11, 2003) - public record of the Connecticut General Assembly

299. EDS DSS Dental Fee Schedule (December 31, 2001)

300. Memorandum to David Parrella from Beeuwkes and Menges, Lewin VH-I (April 1995) - received from Defendant in response to RFP #1

301. Memorandum from David Parrella to Lee Voghel (January 4, 2001) - Parrella Deposition Exhibit 13

302. *Opportunities to Use Medicaid in Support of Access to Health Services*, "Oral Health Services", Health Management Associates under a contract with HRSA (December 2000)

303. Memorandum from James Crall to Martha Okafor, DSS, "Rationale for Recommended PMPM rates for CT Medicaid") (April 25, 2001) - produced by Martha Okafor at deposition pursuant to subpoena.

304. "Attachment to Comptroller's Memorandum 2000-24-Rate Schedule" (undated) - produced by Marc Ryan at deposition pursuant to subpoena

305. Memorandum from Nate Nevas, PHS to Frank Martin and Janice Perkins, PHS at Chart "CT Medicaid Dental Vendor Cap Comparison" ($8.15 pmpm) (April 5, 2001) - Perkins Deposition Exhibit 16

306. BlueCare Family Plan Side-by-Side Comparison of Adult and Pediatric Dental Allowances - Hine Deposition Exhibit 23

307. Blue Care Family Plan Fee Schedule -Hine Deposition Exhibit 24

308. Blue Care Family Plan Pediatric Fee Schedule - Under Age 21 Only - Hine Deposition Exhibit 25

309. BlueCare Family Plan Dental Cost Projection and Rate Adequacy Analysis 4/1/99 - 12/31/99 - Howard Deposition Exhibit 11

310. Doral Dental Services of Connecticut, Inc. Dental Provider Service Agreement at Attachments A-1 and A-2 - Perkins Deposition Exhibit 9

311. Schedule 4.1 - Dental Practice Association of Connecticut / BeneCare HUSKY A Dental Program Community Health Network of Connecticut, Inc Standard Allowance Fee Schedules Effective 9/1/00 - Carolan Deposition Exhibit 3

312. Schedule 4.1 - Dental Practice Association of Connecticut / BeneCare HUSKY A Dental Program HealthChoice / Preferred One - Kaiser Foundation Health Plan Allowance Fee Schedules Effective 9/1/00 - Carolan Deposition Exhibit 3

313. "HUSKY 'At-Risk' Dental Subcontractor Reports

314. *Medicaid HUSKY A Utilization Summary January 2001-December 2001*, William M. Mercer, Inc. (February 2003) - produced by David Parrella at deposition pursuant to subpoena.

315. *Medicaid HUSKY A Dental Utilization Summary October 2001 - September 2002*, William M. Mercer, Inc.(January 24, 2003) - produced by David Parrella at deposition pursuant to subpoena.

316. Affidavit of David S. Parrella (November 22, 2000) Testimony Before the Human Services Committee on S.B. 212 , Patricia Wilson-Coker (February 11, 2003) - produced by David Parrella at deposition in response to subpoena
317. HCFA State Medicaid Director Letter (January 18, 2001)
318. Letter to David Parrella from Mita Lodh, Mercer, "Dental Reimbursement Analysis," at Attachment 1, Mercer (September 27, 2002) - Parrella Deposition Exhibit 19
319. Memorandum from David Parrella to Michael Starkowski, Deputy Commissioner) (February 28, 2001) - produced by David Parrella at deposition in response to subpoena
320. "Connecticut Husky Fee comparison to BeneCare Commercial Submissions, Percentile Distribution of 2001 fees submitted by all treating dentists under a large BeneCare commercial client in Connecticut" (February 2002) - received via e-mail from BeneCare's attorney on 2/26/02 in response to subpoena of Patrick Carolan.

321. United Health Care PPO Maximum Allowable Charges in CT - Quinlan Deposition Exhibit 7

322. "Improving Dental Access Under HUSKY Part A," by the Children's Health Council (December 15, 1998)

323. "Access to Dental Care in HUSKY Part A: Issues and Recommendations," by the Children's Health Council (October 2000) - Lee Deposition Exhibit 7B

324. Memorandum to Patricia Wilson-Coker from David Parella (August 7, 2000) - produced by David Parrella at deposition in response to subpoena

325. Memorandum from James Crall, D.D.S., Sc.D. to David Parrella (September 8, 1998) - produced by Martha Okafor at deposition in response to subpoena

326. Electronic mail from James Crall, D.D.S. Sc.D to Martha Okafor, DSS (October 24, 2000) - produced by Martha Okafor at deposition in response to subpoena

327. Dental Benefit Providers - Blue Care Family Plan Fee Schedule, Dr. Greiner, D.D.S., Msc) (5/17/02) - Greiner Deposition Exhibit 2

328. Qualidigm, A Report on Early and Periodic Screening, Diagnosis & Treatment Services for Children Enrolled in Connecticut's HUSKY Plan Part A (Sept. 2000). *External audit report to DSS on EPSDT managed care services.*

329. Qualidigm, External Quality Review/Medicaid Managed Care Mystery Shopper Project 2000 (Dec. 2000). *External audit report to DSS on Medicaid managed care services.*

330. Sept. 5, 1995 Memorandum from "Lisa, Joel and Jen," Lewin-VHI to Jim Gaito, regarding Dental Capacity Issues and Options. Memo describing projected dental provider participation according to projected enrollment levels in Medicaid managed care.

331. Dental Networks Audit Results and Methodology, attached to Sept. 30, 1996 Memorandum from Jim Gaito to Connecticut Access Health Plans. *Lewin audit report on dental network and appointment scheduling in Medicaid managed care.*

332. Children's Health Council, Independent Assessment of Connecticut's HUSKY A Program: Access and Quality of Care for Children with Special Health Care Needs (Dec. 2002). *Assessment of effects of Medicaid managed care waiver on access and quality of care.*

333. July 20, 1995 letter of Rodney Armstead to Joyce Thomas, with attachments. HCFA approval of Medicaid managed care waiver request, attached to application documents and responses to HCFA questions.

334. Mar. 2, 1999 Memorandum from Husky A Plan, Health Care Financing Division, DSS to Interested Parties, attaching General Description of the Waiver Program. *Description of waiver request to continue operating DSS Medicaid managed care program.*

335. The Lewin Group, Derivation of 1998 Upper Payment Limits: Connecticut Access (Dec. 9, 1997). External audit report submitted to DSS regarding estimates of fee-for-service per capita costs incurred in the absence of Medicaid managed care.

336. The Lewin Group, Retrospective Evaluation of Cost Effectiveness of the Connecticut Access 1915(b) Waiver From October 1, 1995-September 30, 1997 (Nov. 5, 1997). *External audit report submitted to DSS regarding evaluation of*

*cost effectiveness of Medicaid managed care program.*

337. DSS amended responses to HCFA, with attachments, regarding Dec. 8, 1999 responses to HCFA questions regarding Medicaid waiver for serving Children with Special Health Care Needs, attached to Apr. 11, 2000 letter from David Parrella to Mike Fiore. *Responses to federal agency questions concerning state's Medicaid waiver request.*

338. DSS file: "Paid by Dental Code SFY 06-Kids, HUSKY A"

339. E-mail from DSS' Hilary Silver to DSS' Balaski: Paid per Service for Ped. Dental HUSKY A, SFY 2005.

340. E-mail from David Parrella to Robin Cohen (OLR) re dental fees 1-3-07 FFS vs. MC fees

341. 12-13-06 e-mail Balaski and Consiglio (BCFP) re Head Start program

342. E-mail Shuman (acf.hhs.gov) to Balaski re Head Start programs

343. 11-29-06 e-mail from Silver to Balaski re: total paid for dental for kids for 7/05 – 6/06

344. 11/29/04 File name – "HUSKY Dental Fee Levels" – Based on CY 03 data.

**Reservation of Right To Supplement**

The plaintiffs reserve the right to supplement their Exhibit List by adding exhibits to this Exhibit List that are produced subsequent to the filing of the pretrial memorandum on July 23, 2007, which are relevant and material to this action. Plaintiffs will supplement their Exhibit List in a reasonable manner before commencement of trial.

**Reservation of Rights to Offer Rebuttal Exhibits**

The plaintiffs' reserve the right to offer exhibits that are not on their Exhibit List for purposes of rebuttal.