UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY CARR, *et al.*,<br>Individually and on behalf of all<br>other persons similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>PATRICIA WILSON-COKER, in her<br>official capacity as Commissioner<br>of the State of Connecticut Department of<br>Social Services,<br><br>      Defendant. | CIVIL ACTION NO.<br>3:00 CV 1050 (AVC)<br><br><br>(CLASS ACTION)<br><br><br>May 1, 2008 |

### JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AGREEMENT AND CLASS ACTION NOTICE, AND TO SCHEDULE A HEARING REGARDING SETTLEMENT APPROVAL

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the parties to the above-referenced cause, including the named plaintiffs and plaintiff class and sub-class, and defendant Michael Starkowski, Commissioner, State of Connecticut Department of Social Services (DSS), substituted in his official capacity for former defendant DSS Commissioner Patricia Wilson-Coker, hereby respectfully move this Court for an order: (1) granting preliminary approval of the proposed Settlement Agreement attached hereto as Exhibit "A"; (2) granting approval of the proposed notice to the plaintiff class and subclass attached hereto as Exhibit "B"; (3) granting approval of the proposed distribution of the plaintiff class and subclass notice; and (4) establishing a date and time for a final hearing, pursuant to Rule 23(e)(2), to consider final approval of the proposed

1

Settlement Agreement. The grounds of this joint motion are fully articulated in the accompanying Memorandum of Law in Support of Joint Motion for Preliminary Approval of Proposed Settlement Agreement and Class Action Notice, and to Schedule a Hearing Regarding Settlement Approval. In summary, these grounds are as follows:

1. Following arms' length negotiations, the parties have agreed to a resolution of all claims pleaded against the defendant to this action, as specified in the proposed Settlement Agreement attached hereto as Exhibit "A."

2. The parties submit that resolution of this matter through negotiation, rather than through continuing lengthy and costly adversarial litigation, is in the best interests of the plaintiff class and subclass, and of the defendant.

3. The parties submit that the terms of the proposed settlement of the action are fair, reasonable, and adequate, pursuant to Fed. R. Civ. P. 23(e)(2).

4. On March 7, 2007, the State of Connecticut Attorney General, Richard Blumenthal, submitted the Settlement Agreement to the Connecticut General Assembly for its approval, pursuant to Conn. Gen. Stat. § 3-125a. The Settlement Agreement was deemed approved by operation of state law.

5. The proposed form of notice to plaintiff class and subclass members regarding the settlement of this action, attached hereto as Exhibit "B," conforms with the requirements of the issuance of "notice in a reasonable manner," pursuant to Fed. R. Civ. P. 23(e)(1), by: (a) including combined summary "short-form" and detailed "long-form" descriptions of the background of the litigation, and the terms and provisions of the proposed Settlement Agreement; (b) specifying the date, time, and place of the final Rule 23(e)(2) fairness hearing before the Court;

and (c) advising class and subclass members how to appear and object to the proposed Settlement Agreement, if desired.

6. The parties propose distribution of the notice to plaintiff class and subclass members as follows:

    a. By June 15, 2008, the State of Connecticut Department of Social Services (DSS) will mail a copy of the notice to then-pending recipients and applicants of the Medicaid HUSKY A program. Pending applicants will be determined as of the date DSS extracts the list of notice recipients from its computer system, approximately two weeks prior to completion of the notice mailing. Persons identified in the DSS computer system as preferring Spanish will be provided with the notice in Spanish. All others will be provided with the notice in English.

    b. By June 15, 2008, copies of the notice in English and Spanish, and a copy of the proposed Settlement Agreement, will be posted prominently on the DSS website and will remain there until the date of the final hearing by the Court regarding approval of the Settlement Agreement.

    c. A proposed poster, attached hereto as Exhibit "C," will be prominently displayed in the waiting rooms of all DSS offices, in both English and Spanish translations and in formats at least 11" by 17" in size, from June 15, 2008 until the date of the hearing set by the Court for approval of the Settlement Agreement. Copies of the class notice in both English and Spanish translations will be publicly available, either next to the posters or nearby.

3

7. The parties respectfully request that the Court schedule a final hearing to consider approval of the Settlement Agreement, pursuant to Fed. R. Civ. P. 23(e)(2), at a date and time convenient to the Court, but on or after August 1, 2008, in order to allow sufficient time after notice is provided to the plaintiff class and subclass for objections to the Settlement Agreement, if any, to be filed with the Court, with copies forwarded to plaintiffs' counsel.

WHEREFORE, the parties respectfully request that the Court enter an order preliminarily approving the proposed Settlement Agreement, approving the proposed notice and its method of distribution to the plaintiff class and subclass, and establishing a date and time for a hearing to consider final approval of the Settlement Agreement.

Respectfully submitted:

| Plaintiffs, by Undersigned, Authorized Counsel of Record: | Michael Starkowski, Commissioner, Department of Social Services, by Undersigned, Authorized Counsel of Record: |
|---|---|
| _____ <br> Greg Bass <br> Federal Bar No. CT18114 <br> Greater Hartford Legal Aid <br> 999 Asylum Avenue, 3rd Floor <br> Hartford, CT 06105 <br> (Tel.) 860.541.5018 <br> (Fax) 860.541.5050 <br> gbass@ghla.org | _____ <br> Hugh Barber, Assistant Attorney General <br> Federal Bar No. CT05731 <br> Office of the Attorney General <br> 55 Elm St., P.O. Box 120 <br> Hartford, CT 06141 <br> (Tel.) 860.808.5210 <br> (Fax) 860.808.5385 <br> hugh.barber@po.state.ct.us |

_____
Jamey Bell
Federal Bar No. CT15520
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT 06105
(Tel.) 860.541.5046
(Fax) 860.541.5050
jbell@ghla.org


_____ JB
Anne Louise Blanchard
Federal Bar No. CT08718
Connecticut Legal Services
872 Main St.
P.O. Box 258
Willimantic, CT 06226
(Tel.) 860.456.1761
(Fax) 860.456.7420
ablanchard@connlegalservices.org


_____
Kristen Noelle Hatcher
Federal Bar No. CT27002
Connecticut Legal Services
587 Main St.
New Britain, CT 06051
(Tel.) 860.225.8678
(Fax) 860.225.6105
khatcher@connlegalservices.org


Dated:    5/1/08

5