# EXHIBIT C

### If You Have Dental Insurance Through HUSKY A/Department of Social Services: Important Information About A Court Settlement

This information is for members of the "class" in a case called <u>Carr v. Wilson-Coker</u>, a "class action." The federal Court ruled the class -- people affected by this lawsuit -- includes all people who receive dental care through the HUSKY A Medicaid program, now or in the future. In 2000, Ms. Carr and others filed this lawsuit to improve the way the Department of Social Services helps people get dental care. DSS and the class reached an agreement. The Settlement Agreement will end the lawsuit if the Court approves it.

The case was brought to improve access to dental care received through HUSKY A -- *not to get money damages for class members.*

**Here is a summary of the changes DSS and the class agreed to.** A "notice" is available in this DSS office to tell you more about the Settlement Agreement. It also explains how you can tell the Court if you do not agree with what the Settlement Agreement says.

▶ If you ask, DSS will help you set up an appointment with a dentist who accepts Medicaid.
▶ If you ask, DSS will help you with transportation to a dentist who accepts Medicaid.
▶ DSS is paying higher fees to encourage more dentists to accept Medicaid.
▶ DSS will remind you to schedule appointments for your children every 6 months.
▶ DSS will "carve out" Medicaid dental services from the managed care companies.

**There will be a hearing on ___ at ___ a.m./p.m. before Judge Alfred Covello, at the United States District Court, 450 Main Street, Hartford, CT. At the hearing, the Court will consider the Settlement Agreement. Class members can object to the Settlement Agreement at the hearing.** *<u>You do not have to go to the hearing, or do anything else if you do not want to object to the Settlement Agreement.</u>*

**If you wish to object to the Settlement Agreement, you must follow the procedures described in the "Notice of Proposed Settlement Agreement and Fairness Hearing." Ask a staff person in this DSS office for a copy of this Notice.**