UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY CARR, *et al.*, <br> Individually and on behalf of all <br> other persons similarly situated, | : <br> : <br> : <br> : | |
| Plaintiffs, | : <br> : | CIVIL ACTION NO. <br> 3:00 CV 1050 (AVC) |
| v. | : <br> : <br> : | |
| PATRICIA WILSON-COKER, in her <br> official capacity as Commissioner <br> of the State of Connecticut Department of <br> Social Services, | : <br> : <br> : <br> : | (CLASS ACTION) |
| Defendant. | : <br> : <br> : | May 1, 2008 |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED
SETTLEMENT AGREEMENT AND CLASS ACTION NOTICE, AND TO
SCHEDULE A HEARING REGARDING SETTLEMENT APPROVAL**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the parties to the

above-referenced cause, including the named plaintiffs and plaintiff class and sub-class,

and defendant Michael Starkowski, Commissioner, State of Connecticut Department of

Social Services (DSS), substituted in his official capacity for former defendant DSS

Commissioner Patricia Wilson-Coker, hereby respectfully move this Court for an order:

(1) granting preliminary approval of the proposed Settlement Agreement attached hereto

3:00CV1050(AVC) May ___8___ , 2008.  The motion is GRANTED.  The court grants
preliminary approval to the settlement agreement filed with the within
motion, approves the content and methods of distribution of the proposed
notice to the plaintiff class and subclass, and hereby orders that such
notice to the plaintiff class and subclass members be given.  A hearing,
pursuant to Fed. R. Civ. P. 23(e)(2), to determine whether the proposed
settlement is fair, reasonable, and adequate, is scheduled for August 26,
2008, at 11:00 a.m.
SO ORDERED.

/s/ Alfred V. Covello, USDJ

Alfred V. Covello, U.S.D.J.