**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MARY CARR, et al., : | |
|   Plaintiffs, : | |
| : | |
| v. : | Civil No. 3:00CV01050(AVC) |
| : | |
| PATRICIA WILSON-COKER, in her : | (CLASS ACTION) |
| official capacity as : | |
| Commissioner of the State of : | |
| Connecticut Department of : | |
| Social Services, : | |
|   Defendants. : | |

## SUPPLEMENTAL ORDER

    On May 8, 2008, the court granted preliminary approval to the settlement agreement filed by the parties, ordered that notice be given in the proposed manner to the plaintiff class and subclass, and scheduled a hearing on the fairness of the proposed settlement for August 26, 2008, at 11:00 a.m.  The court now supplements its prior order (document no. 174), as follows.

    The court will consider any comments or objections to the settlement only if such comments or objections are filed in writing with the clerk of the court, 450 Main Street, Hartford, Connecticut, on or before July 28, 2008.  Although attendance at the hearing on August 26, 2008, is not necessary, any person wishing to be heard orally shall indicate such intention in their written comments or objection.  The foregoing shall be included in the notice to the plaintiff class and subclass.

    It is so ordered this 19th day of May, 2008, at Hartford, Connecticut.

                                        / s /
                               Alfred V. Covello
                        United States District Judge