"NOTICE OF INTENT TO COMMENT"

Case: Carr v. Wilson- Coker, Civ. Action No. 3:00CV 1050

Melissa Riley, 452B Stafford Rd, Mansfield CT 06250

H: 860-450-1327    W: 860-646-0773

SEE ATTACHED LETTER FOR COMMENT

I am writing to object to the settlement of the Carr VS Wilson- Coker lawsuit against the state. I feel the lawsuit settlement will not fix the problems with the state administered Husky A&B insurance program. The new fees are not acceptable for adults as they are a drop from the original fee for children. I personally work in a dental office that participates in the Husky plan and currently we have had so many problems with getting payment, for services that are supposed to be covered.

The department of social services is well aware that Anthem the major insurer of the Husky plan has given out "special" contracts to in network dentists. The new fee schedule slightly exceeds the fees that the dentists are receiving for children under the age of 21. However, this change in fee schedule reduces the fees for patients over the age of 21 who are already in active treatment to 50% of the networked provider's fee. In network specialists have already stated that if the adult fees drop they will no longer participate. New participating dentists will only take patients up to the age of 21, although they have been instructed that they cannot limit their patient base by age. The fees have not been increased in 15 years and the patients who were children who did not receive care will not receive care as adults. 52% of the children's fee schedule is beneath the cost of doing business for dentists. No dentist will perform dentistry, engage in potential liability and pay to perform the treatment. The fee for a crown has increased $3.00 in 15 years and won't increase for another 15. We have already received letters from doctors at Columbia dental who are not pediatric dentists stating that they will accept patients on the HUSKY plan up to the age of 21 but no older. These letters have been forwarded to DSS but no one cares. This is a despicable situation for the dentists and the patients. Without adult care how can the parents reinforce the necessity of good oral hygiene to their children?! The office that I work in is a private practice that will be forced out of business by this change in fee schedule. Furthermore, the elder population will be discriminated against. Ask Senator Edith Prague how she feels about that!

I have personally written to President George W. Bush, Vice President Dick Cheney- who in turn wrote to me advising me to contact the Department of Health and Human Services, back in 2007 and have heard nothing in response. I have personally written e-mails to contact state senators and political party representatives, all with no response or help to correct the issue. So now it is 07/08 and the office I work at had claims pending and DSS workers, specifically Donna Bialaski was supposed to have reviewed our claims and made payment, however she did not review the correct items and out of $70,000 worth of submitted work, only $3,000 has been paid. If the federal government is giving corporate insurance companies millions of dollars of money, so husky patients can receive care, if the office doing the work is not getting paid correctly if at all, then I would like to know where all the money is going. People are in desperate need of dental care and the stereotype that Husky patients are all low class, druggies or of non-American decent is a disgrace for basis to deny payment. The Husky population that I myself am included in is very hard-working and typically can only afford to have one income as daycare expenses are very high( so much so that you lose in the end by having to work just to pay for daycare) , and the care is not as satisfactory as being home with mom or dad. Wards of the state (children in foster care/ halfway houses) have even been denied treatment or at least payment for behavioral management, how is it that the state won't even pay for their own?!

As far as my own history I am fortunate enough to not need major work, however my fiancé was in need a root canal and he was forced to live in pain for months as the insurance HealthNet at the time would not authorize him to have the root canal. Also when they finally allowed him to go, he could not find a dentist participating with the plan, therefore we needed to change our plan to the Blue Care Family Plan

which was the only plan being accepted by dentists, and even that took a while to find someone to want to do the root canal. This practice of turning away patients with dental needs is unacceptable for anyone to encounter. After my fiancé had finally had his root canal, we were informed months later that the office was not paid for services, even though it was a covered benefit of the plan, he had to send in an appeals notice to DSS after having had argued with the insurance company as to why we were not informed of non-payment of services only then would they send the letter of appeal to him.

I am very disappointed by the actions of social services and the insurance company HEALTHPLEX for making determinations of medical necessity, even though they are not qualified doctors to do so. I am very disappointed that DSS and the state government feel that the insurance company is not liable to be held to any ethical standards in my eyes.

Respectfully yours,

Melissa Riley

452B Stafford RD

Mansfield CT 06250