CARR v. WILSON-COKER, Civil Action No. 3:00 CV 1050 (AVC)
United States District Court – District Of Connecticut

NOTICE OF INTENT TO COMMENT

Purpose of this notice: This notice concerns the proposed Settlement Agreement in a class action case, Carr v. Wilson-Coker, filed in the United States District Court, District of Connecticut. As current orthodontic providers in the HUSKY A Medicaid program, we wish to object to the proposed orthodontic fee schedule of the proposed Settlement Agreement on the grounds that it fails to provide payments at an adequate level to attract a sufficient number of orthodontic providers to allow Connecticut Medicaid recipients the same access to this specialty of dental care enjoyed by the general population. If there are insufficient orthodontic providers, the Settlement Agreement as currently proposed, is in violation of federal Medicaid laws as provided under Title XIX of the Social Security Act, 42 U.S.C.  1396.

Background: In the lawsuit brought in March 2001, the plaintiffs alleged that the defendants were "…maintaining inadequate dental provider reimbursement rates and claims processing requirements, and thereby failing to provide proper and efficient operation of the program, failing to give eligible Medicaid recipients needed care with reasonable promptness, and failing to ensure that care is provided in a manner consistent with simplicity of administration and the best interests of the recipients". In the State of Connecticut, the Medicaid program currently operates under a fee schedule that was established in 1993. With the approval by the State Legislature, the Department of Social Services has agreed to expend an additional 20 million dollars per year over the base yearly allocation. The new fee schedule (Exhibit "A") was presented with the Settlement Agreement. In the "Notice of Proposed Settlement Agreement and Fairness Hearing", it is stated that "These fees represent significant increases for dental reimbursements." This is not correct regarding orthodontic services.  It was also stipulated in the Settlement Agreement that the Department of Social Services would engage in an aggressive program of provider recruitment to encourage dentists to participate in a program as participating providers.

Orthodontics: Orthodontic services are currently compensated at the 1993 rate levels. Since that time, only a small portion of the orthodontic community chose to participate as providers due to inadequate remuneration. At the present time, 16.8% of 160 practicing orthodontists in the State of Connecticut accept Husky patients. Of those who accept, 60% are over the age of 60. While the fees in Exhibit "A" of the Settlement Agreement were rightfully increased for primary and preventive dental care for children, orthodontic fees for children were reduced below the level provided in the 1993 fee schedule. While some of the general dental fees were increased by as much as 350%, the orthodontic fees were reduced 14%. There was no adjustment for inflation to orthodontic providers over a

15 year period. If there was only a small percentage of providers at the old rate and many of these are close to retirement, a sharp decline of providers will result in an inability of HUSKY A eligible patients to procure the services of an orthodontist. The mandate for the DSS to recruit additional orthodontic providers will be fruitless under the proposed fee schedule.

| | |
|---|---|
| Marshall S. Greenberg, D.M.D.<br>201 Division Street<br>Ansonia, CT 06401<br>203-735-9600<br>orthowife@aol.com<br><br>*[signature]*<br>7/24/08 | Kathryn Reluga, D.M.D.<br>546 South Broad Street<br>Meriden, CT 06450<br>203-235-5503<br>kreluga@aol.com<br><br>*[signature]* 7-24-08 |