UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY CARR, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> PATRICIA WILSON-COKER, in her official capacity as Commissioner of the State of Connecticut Department of Social Services, <br> Defendant. | CIVIL ACTION NO. <br> 3:00 CV 1050 (AVC) <br><br> August 21, 2008 <br><br> CLASS ACTION |

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT

Pursuant to Fed. R. Civ. P. 23(e), the parties to this action, including the Plaintiff class of low-income Connecticut residents in the Medicaid managed care program, and Defendant Michael Starkowski, Commissioner of the Connecticut Department of Social Services (DSS),1, hereby jointly move in conjunction with the hearing scheduled by the Court for August 26, 2008, for an order granting final approval of their proposed Settlement Agreement in this matter, previously filed with the Court on May 1, 2008. Following notice sent to plaintiff class members, and comments received, the parties' proposed settlement continues to meet the conditions for approval specified in rule 23(e) of the Federal Rules of Civil Procedure. A Memorandum in Support of Joint Motion for Final Approval of Settlement Agreement accompanies this Motion.

WHEREFORE, the parties request entry of an order of final Court approval of the Settlement Agreement.

---

1 Substituted in his official capacity for former Defendant Commissioner Patricia Wilson-Coker.

1

Respectfully submitted:

Plaintiffs, by their counsel of record:


_____
Jamey Bell
Federal Bar No. CT15520
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT 06105
(Tel.) 860.541.5046
(Fax) 860.541.5050
jbell@ghla.org

Greg Bass
Federal Bar No. CT 18114
Greater Hartford Legal Aid
999 Asylum Avenue, 3rd Floor
Hartford, CT 06105
(Tel.) 860.541.5018
(Fax) 860.541.5050
gbass@ghla.org


_____
Anne Louise Blanchard
Federal Bar No. CT08718
Connecticut Legal Services
872 Main St.
P.O. Box 258
Willimantic, CT 06226
(Tel.) 860.456.1761
(Fax) 860.456.7420
ablanchard@connlegalservices.org

_____

2

Kristen Noelle Hatcher
Federal Bar No. CT27002
Connecticut Legal Services
587 Main St.
New Britain, CT 06051
(Tel.) 860.225.8678
(Fax) 860.225.6105
khatcher@connlegalservices.org


Defendant, by counsel of record:


_____
HUGH BARBER
Fed. Bar No. CT05731
hugh.barber@po.state.ct.us
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
(860) 808-5210
Fax (860) 808-5385


Dated: ___August 21, 2008___