Civil (April 12, 2004)

HON: AVC
DEPUTY CLERK R. Alexander   RPTR/ERO/TAPE Wendy Aiken

TOTAL TIME: ___ hours 30 minutes

DATE August 26, 2008   START TIME 11:00   END TIME 11:30
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Carr, et al
vs.
Social Services

CIVIL NO. 3:00CV1050

Jamey Lynelle Bell
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Hugh Barber
Defendants Counsel
Atty. Gen. Office

**COURTROOM MINUTES - CIVIL** (check one box)

☐ Motion Hearing           ☐ Show Cause Hearing
☐ Evidentiary Hearing      ☐ Judgment Debtor Exam
☒ Miscellaneous Hearing

Class Action Fairness Hearing

MOTION DOCUMENT NO.

(Motions list — all blank)

☑ ...... Judge Covello orders clerk of the court to close this case without prejudice

Hearing continued until _____ at _____

Class action fairness Hearing   23E